| | |
|---|---|
| 1 | Scott Edward Cole, Esq. (S.B. # 160744) |
|   | Molly A. DeSario, Esq. (S.B. # 230763) |
| 2 | Hannah R. Salassi, Esq. (S.B. #230117) |
|   | **SCOTT COLE & ASSOCIATES, APC** |
| 3 | 1970 Broadway, Ninth Floor |
|   | Oakland, California 94612 |
| 4 | Telephone: (510) 891-9800 |
|   | Facsimile: (510) 891-7030 |
| 5 | E-mail: scole@scalaw.com |
|   | E-mail: mdesario@scalaw.com |
| 6 | E-mail: hsalassi@scalaw.com |
|   | Web:  www.scalaw.com |
| 7 |  |
| 8 | Attorneys for Representative Plaintiffs and the Plaintiff Classes |

EVAN R. MOSES (CA State Bar No. 198099)
evan.moses@ogletreedeakins.com
ERICA K. ROCUSH (CA State Bar No. 262354)
erica.rocush@ogletreedeakins.com
A. CRAIG CLELAND (*Pro Hac Vice*)
craig.cleland@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
FASTENAL COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO, individually, and on behalf of all others similarly situated, | Case No. CV11 00042 SI |
| | **CLASS ACTION** |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND HEARING ON MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| FASTENAL COMPANY, | |
| Defendants. | |

---

-1-
Stipulation and [Proposed] Order to Extend Hearing on Motion for Class Certification

Pursuant to Local Rule 6-2(b), Plaintiffs Kristopher Deane and Michael Romano ("Plaintiffs") and the putative plaintiff classes, and Defendant Fastenal Company ("Defendant") enter this Stipulation and submit the accompanying [Proposed] Order to Extend Hearing on Motion for Class Certification based on the following facts:

**WHEREAS** the current hearing date for Plaintiffs' Motion for Class Certification is March 16, 2012 at 9:00 a.m. (*See Dkt*. 24).

**WHEREAS** Plaintiffs' Motion for Class Certification is due filed on January 27, 2012, Defendant's Opposition is due on February 17, 2012 and Plaintiffs' Reply is due on March 2, 2012. (*See Dkt*. 24).

**WHEREAS** after extensive meet and confer efforts, the parties have scheduled depositions of Defendant's persons most knowledgeable, pursuant to Federal Rule of Civil Procedure Rule 30(b)(6) on January 24, 25, and 26, 2012. In addition, the parties continue to meet and confer regarding deposition dates for Plaintiffs, which are unlikely to occur prior to January 1, 2012.

**WHEREAS** in light of the deposition schedule outlined above, the parties will need additional time to prepare and file their moving and opposing papers regarding class certification.

**THEREFORE**, the parties hereby STIPULATE as follows:

The hearing on Plaintiffs' Motion for Class Certification shall be continued to June 15, 2012 at 9:00 a.m. subject to the approval of the Court.

Plaintiffs' Motion for Class Certification will be due filed and served on or before April 27, 2012.

Defendant's Opposition will be due filed and served on or before May 18, 2012.

Plaintiffs' Reply will be due filed and served on or before June 1, 2012.

Dated: December 2, 2011

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Hannah R. Salassi
Hannah R. Salassi, Esq.
Attorneys for the Representative Plaintiffs
And the Plaintiff Classes

Dated: December 2, 2011

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Craig Cleland
A. CRAIG CLELAND
EVAN R. MOSES
ERICA K. ROCUSH
Attorneys for Defendant
FASTENAL COMPANY

### DECLARATION OF E-FILED SIGNATURE

I, Hannah R. Salassi, Esq., am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Hearing on Motion for Class Certification. In compliance with General Order 45, X.B., I hereby declare that Craig Cleland, attorney for Defendant Fastenal Company, has read and approved this Stipulation and [Proposed} Order to Extend Hearing on Motion for Class Certification.

Dated: December 2, 2011

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Hannah R. Salassi
Hannah R. Salassi, Esq.
Attorneys for the Representative Plaintiffs
And the Plaintiff Classes

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that:

The hearing on Plaintiffs' Motion for Class Certification is continued to June 15, 2012 at 9:00 a.m.

Plaintiffs' Motion for Class Certification will be due filed and served on or before April 20, 2012.

Defendant's Opposition will be due filed and served on or before May 11, 2012.

Plaintiffs' Reply will be due filed and served on or before May 25, 2012.

**IT IS SO ORDERED.**

Dated: 12/6 , 2011   By: _____

The Hon. Susan Illston
United States District Judge