EVAN R. MOSES (CA State Bar No. 198099)
evan.moses@ogletreedeakins.com
ERICA K. ROCUSH (CA State Bar No. 262354)
erica.rocush@ogletreedeakins.com
A. CRAIG CLELAND (*Pro Hac Vice*)
craig.cleland@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
FASTENAL COMPANY

SCOTT EDWARD COLE (CA State Bar No. 160744)
scole@scalaw.com
MOLLY A. DESARIO (CA State Bar No. 230763)
mdesario@scalaw.com
HANNAH R. SALASSI (CA State Bar No. 230117)
hsalassi@scalaw.com
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA  94612
Telephone:     510.891.9800
Facsimile:      510.891.7030

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

APPROVED
Judge Susan Illston

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KRISTOPHER DEANE, and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br><br>FASTENAL COMPANY,<br><br>    Defendants. | Case No. CV11-0042 SI (DMR)<br><br>**JOINT RECOMMENDATION AS TO FORM OF NOTICE FOR FLSA OPT-IN MEMBERS**<br><br>Complaint Filed:  January 4, 2011<br>Trial Date:          None |

Pursuant to the Court's Order Granting Conditional Collective Action Certification dated November 14, 2011, Plaintiffs Kristopher Deane and Michael Romano, and Defendant Fastenal Company, hereby submit, as Exhibit A hereto, their joint recommendation as to the form of notice to be sent to putative FLSA collective action opt-in members, to be processed through a third party administrator.

DATED: December 2, 2011  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Erica Rocush
A. CRAIG CLELAND
EVAN R. MOSES
ERICA ROCUSH
Attorneys for Defendant
FASTENAL COMPANY

DATED: December 2, 2011  SCOTT COLE & ASSOCIATES, APC

By: /s/ Hannah R. Salassi
SCOTT EDWARD COLE
MOLLY A. DESARIO
HANNAH R. SALASSI
Attorneys for Representative Plaintiffs and the Plaintiff Classes

11389060.1 (OGLETREE)

# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OFFICIAL COURT-ORDERED NOTICE

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>FASTENAL COMPANY,<br><br>           Defendant. | Case No. CV11-0042 SI (DMR)<br><br>**NOTICE OF RIGHT TO PARTICIPATE IN LAWSUIT** |

**TO:    ALL GENERAL MANAGERS EMPLOYED BY FASTENAL FROM NOVEMBER 12, 2008 TO THE DATE OF THIS NOTICE.**

### NOTICE OF RIGHT TO PARTICIPATE IN LAWSUIT

The purpose of this Notice is to inform you of a collective-action lawsuit, alleging unpaid overtime wages in violation of the Fair Labor Standards Act of 1938 (FLSA).  You have been identified as a current or former employee who worked in the position of General Manager for Fastenal Company from November 12, 2008, through the date of this Notice.  Because this lawsuit could affect your legal rights, this Notice instructs you on the procedure for joining this lawsuit and becoming a party plaintiff, should you choose to do so.

This Notice and its contents have been authorized by The Honorable Susan Illston, Federal Judge for the U.S. District Court for the Northern District of California.  The federal court has taken no position in this case on the merits of Plaintiffs' claims or on Fastenal Company's defenses.  Please do <u>not</u> contact the Court or the Clerk of Court about this case, and do <u>not</u> return signed Consent-to-Join forms to the Court or Clerk of Court.

**What Is This Lawsuit About?**

Two former General Managers who worked for Fastenal Company, Plaintiffs Kristopher Deane and Michael Romano, sued Fastenal Company in January 2011, claiming that the Company failed to pay them overtime wages that they were allegedly owed under federal law. The lawsuit is

*Deane, et al. v. Fastenal Company*, U.S.D.C. Case No. CV11 00042 SI.  Specifically, Plaintiffs allege that they and other General Managers worked in excess of forty hours per week without being paid overtime compensation as required by the FLSA.  This lawsuit seeks to recover overtime wages, liquidated damages, and attorneys' fees.

Fastenal Company denies the Plaintiffs' allegations and also denies that it is liable to them or any other General Managers for any damages or other relief.  Specifically, Fastenal claims that Plaintiffs and any other General Managers are not entitled to overtime wages under the FLSA.  It also asserts that it properly paid all its General Mangers all wages that they were lawfully owed.  Fastenal also denies that Plaintiffs and any putative opt-ins are "similarly situated" under applicable law.

The Court has not yet decided who is right or wrong in this lawsuit.  However, your legal rights to participate in the lawsuit may be affected by any such decision.

The Court has ordered this Notice so that you and other individuals besides Mr. Deane and Mr. Romano, who may be "similarly situated" to them, will know about your rights to join—or not to join—this lawsuit at your choice.

**Am I Eligible To Join This Lawsuit?**

If you are or were a General Manager who worked for Fastenal Company at any time from November 12, 2008, to the date of this Notice, you are eligible to join this lawsuit.  If you do not meet these criteria, you are not eligible to join this lawsuit.

**What Happens If I Join Or Do Not Join This Lawsuit?**

If you join this lawsuit, you will become a party plaintiff, and you will be bound by any ruling, judgment, or settlement, whether favorable or unfavorable to you.  If you join, you may be required to provide information, be deposed, testify in court, or any combination of these.  In addition, if Fastenal ultimately prevails, you may be liable to pay a portion of its court costs.  Conversely, if Plaintiffs ultimately prevail, you may be entitled to damages, penalties, and interest on any unpaid back wages. The law prohibits Fastenal from retaliating against you for exercising your right to join or not join this case.  Because retaliation is also against Fastenal's policy, if you believe you have been retaliated against, you should promptly contact Fastenal's Human Resources

1   Department at (507) 453-8112, or Plaintiffs' counsel at the address below.

2   You also have the right not to join this lawsuit.  If you do not join this lawsuit, you will not
3   be affected by any judgment, ruling, or settlement in this case, whether favorable or unfavorable.
4   You also will not be entitled to share in any damages that may be recovered in this lawsuit, you
5   will not be required to pay any court costs if Plaintiffs lose, and you are free to file you own
6   lawsuit.  However, your failure to join now may result in a loss of your right to damages later.

7   **Who Will Represent Me If I Join This Lawsuit?**

8   You may choose Plaintiffs' attorneys to represent you if you choose to join this lawsuit.
9   These attorneys are representing Plaintiffs and any other opt-ins who agree to their representation.
10  Plaintiffs' attorneys will represent you on a contingency fee basis.  This means that if Plaintiffs and
11  any opt-ins do not recover any damages or relief in this case, there will be no attorneys' fees.  If,
12  however, there is a recovery and if you have elected to be represented by Plaintiffs' counsel, then
13  these lawyers will receive a part of any money judgment or settlement obtained in favor of
14  Plaintiffs and any opt-ins.

15  You also have the right to seek and obtain independent legal counsel to represent you if you
16  join this lawsuit.  Finally, you have the right to represent yourself if you join this lawsuit.

17  **How Do I Join This Lawsuit?**

18  You may join this lawsuit and become a party plaintiff by signing a consent-to-join form,
19  which is attached (entitled "Consent to Join Collective (Class) Action").  To take part in the
20  lawsuit, you must sign and send the attached consent form to the lawyers listed below, postmarked
21  no later than **90 days from date of this Notice**.  Or you may fax or mail the consent form to **[name
22  of Third Party Administrator/address]**.  The enclosed return envelope is pre-addressed and
23  postage-paid for your convenience.  Should the enclosed consent form be lost or misplaced, please
24  contact Plaintiffs' lawyers to obtain another copy.  If you have any questions, you may contact the
25  Plaintiffs' lawyers:

26   Scott Edward Cole, Esq.
     Molly A. DeSario, Esq.
27   Hannah R. Salassi, Esq.
     **SCOTT COLE & ASSOCIATES, APC**
28   1970 Broadway, Ninth Floor

```
         Oakland, California 94612
         Telephone: (510) 891-9800
         Facsimile: (510) 891-7030
         E-mail:scole@scalaw.com
         E-mail:mdesario@scalaw.com
         E-mail:hsalassi@scalaw.com
         Web:   www.scalaw.com
```

**May I Contact Fastenal's Attorneys?**

You are also free to contact Fastenal's attorneys if you would like to do so.  You may reach them at:

```
         Craig Cleland, Esq.
         Evan Moses, Esq.
         Leslie Wallis, Esq.
         Erica Rocush, Esq.
         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
         Steuart Tower, Suite 1300
         One Market Plaza
         San Francisco, CA  94105
         Telephone:  415.442.4810
         Facsimile:  415.442.4870
         Email: craig.cleland@ogletreedeakins.com
         Email: evan.moses@ogletreedeakins.com
         Email: leslie.wallis@ogletreedeakins.com
         Email: erica.rocush@ogletreedeakins.com
         Web:  www.ogletreedeakins.com
```

Dated: _____ [**Month Day, Year**]

                                          The Hon. Susan Illston
                                          United States District Court
                                          Northern District of California
                                          San Francisco Division

11389760.1 (OGLETREE)