# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTOPHER DEANE and MICHAEL ROMANO, et al,**<br>  Plaintiffs,<br>vs.<br>**FASTENAL COMPANY, and DOES 1-100 et al,**<br>  Defendants. | Case No.: C-11-00042-YGR<br><br>**Order Re Briefing on Class Certification** |

Having reviewed the parties' Amended Joint Case Management Conference Statement, and good cause appearing, the Court hereby resets the following briefing schedule on Class Certification:

| | |
|---|---|
| Last day to file Motion for Class Certification (Fed R. Civ. Proc. 23) | April 27, 2012 |
| Last day to file Opposition to Motion for Class Certification | May 18, 2012 |
| Last day to file Reply Re Motion for Class Certification | June 1, 2012 |
| Hearing on Motion for Class Certification | June 15, 2012 at 10:00 am |

The hearing shall be conducted in the United States District Court, 1301 Clay Street, Oakland, California 94612.

The Court further orders *lead counsel* for each party to meet and confer, *in person,* with respect to the outstanding issued concerning compliance with Judge Susan Illston's Order re plaintiffs' discovery motions. Docket No. 51. Parties are further advised that the Court is inclined to set trial in

this matter for March 25, 2013.  Lead counsel shall be prepared to address all of these issues at the upcoming case management conference.

**IT IS SO ORDERED.**

February 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**