1 | Scott Edward Cole, Esq. (S.B. # 160744)
Molly A. DeSario, Esq. (S.B. # 230763)
2 | Hannah R. Salassi, Esq. (S.B. # 230117)
**SCOTT COLE & ASSOCIATES, APC**
3 | 1970 Broadway, Ninth Floor
Oakland, California 94612
4 | Telephone: (510) 891-9800
Facsimile: (510) 891-7030
5 | Email: scole@scalaw.com
Email: mdesario@scalaw.com
6 | Email: hsalassi@scalaw.com
Web: www.scalaw.com

8 | Attorneys for Representative Plaintiffs
and the Plaintiff Class

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY,<br><br>Defendants. | **Case No. CV11 00042 YGR**<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER COMPELLING PRODUCTION OF CONTACT INFORMATION FOR FLSA CLASS MEMBERS**<br><br>**AS MODIFIED BY THE COURT** |

21  This matter, having come before The Honorable Yvonne Gonzalez Rogers of the United

22 States District Court, Northern District of California on February 27, 2012, with Scott Cole &

23 Associates, APC appearing as counsel for representative plaintiffs Kristopher Deane and Michael

24 Romano, individually and on behalf of a putative class, and Ogletree, Deakins, Nash, Smoak &

25 Stewart, P.C. appearing as counsel for defendant Fastenal Company.

26  **WHEREAS**, on November 14, 2011, the Court conditionally certified the FLSA class of

27 General Managers employed by Defendant Fastenal within three years of the Order;

1    **WHEREAS**, Defendant has stated its intent to bring a motion for decertification of the FLSA class, the filing deadline for which being May 25, 2012;

   **WHEREAS**, Plaintiffs require the contact information for the FLSA Class to "properly investigate" its members' claims. (*See*, *Dckt* #51);

**IT IS HEREBY ORDERED** that

   Defendant shall produce the names, addresses, telephone numbers and email addresses (i.e., the "contact information" requested in Plaintiffs' Special Interrogatory No. 1, and previously ordered to be produced, *See Dckt*. #43, Ex. A) for each of the conditionally-certified putative class members (i.e., all persons provided Notice by the Claims Administrator pursuant to the Court's November 14, 2012 Order), by no later than March 16, 2012.

Dated: March 12, 2012

By: _____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge