UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FASTENAL CO.,<br><br>    Defendant. | Case No.: 11-cv-00042-YGR<br><br>**ORDER REQUIRING PERSONAL APPEARANCE OF COUNSEL TO MEET AND CONFER REGARDING DISCOVERY DISPUTE** |

On April 25, 2012, Plaintiffs submitted a letter brief to the Court regarding outstanding discovery issues. (Dkt. No. 71 ("Letter").) While the Court's Standing Order in Civil Cases requires that a joint letter brief regarding discovery disputes may be filed with the Court only after counsel have "met and conferred *in person*," Plaintiffs' Letter indicates that the parties have not met and conferred in person on the issues raised in the Letter. At the same time, Plaintiffs' counsel stated that she has attempted to meet and confer with Defendant's counsel and solicited counsel's contribution to the Letter, but received no response.

Lead counsel with the full authority to resolve all discovery disputes for each party are hereby **ORDERED** to personally appear at the Federal Courthouse, 1301 Clay Street, Oakland, California, on Tuesday, May 1, 2012 at 9:00 a.m. to meet and confer regarding the pending discovery disputes. The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall inform further inform Ms. Stone when they have concluded their meeting.

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**