UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTENAL CO.,<br><br>Defendant. | Case No.: 11-cv-00042-YGR<br><br>**ORDER REGARDING PERSONAL APPEARANCE OF COUNSEL TO MEET AND CONFER REGARDING DISCOVERY DISPUTE** |

On April 30, 2012, Plaintiffs filed a letter withdrawing their previous letter brief regarding outstanding discovery issues. (Dkt. No. 74.) The Court issued an Order Requiring Personal Appearance of Counsel to Meet and Confer Regarding Discovery Dispute on April 27, 2012. (Dkt. No. 72.) In light of Plaintiffs' withdrawal of its letter brief, the personal appearance of counsel to meet and confer on May 1, 2012 at the Federal Courthouse is no longer required.

**IT IS SO ORDERED.**

Dated: April 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**