SCOTT EDWARD COLE (CA State Bar No. 160744)
scole@scalaw.com
MOLLY A. DESARIO (CA State Bar No. 230763)
mdesario@scalaw.com
HANNAH R. SALASSI (CA State Bar No. 230117)
hsalassi@scalaw.com
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA   94612
Telephone:   510.891.9800
Facsimile:   510.891.7030

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTOPHER DEANE, and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FASTENAL COMPANY,<br><br>Defendants. | Case No. 3-11-CV-0042 YGR<br><br>**REVISED SCHEDULING ORDER AND [PROPOSED] ORDER REGARDING DEPOSITIONS OF INDIVIDUALS WHO HAVE SUBMITTED CONSENT-TO-JOIN FORMS**<br><br>Complaint Filed: January 4, 2011<br>Trial Date:        None |

Following the telephonic hearing held on March 28, 2012, and based on the arguments of counsel made therein, it is hereby ordered as follows:

1. The briefing and hearing schedule for Plaintiffs' Rule 23 class certification motion shall be as follows:

  Plaintiffs' motion shall be due:  May 25, 2012

  Defendant's opposition shall be due:  June 15, 2012

  Plaintiffs' reply, if any, shall be due:  June 29, 2012

1  Plaintiffs' motion shall be heard on: ~~July 17,[1] 2012~~, **July 24, 2012** at 2:00 p.m.

2.  The briefing and hearing schedule for Defendant's motion for decertification of Plaintiffs' conditionally certified 29 U.S.C. § 216(b) collective action shall be as follows:

Defendant's motion shall be due:  July 24, 2012

Plaintiffs' opposition shall be due:  August 14, 2012

Defendant's reply, if any, shall be due:  August 28, 2012

Defendant's motion shall be heard on: September 25,[2] 2012, at 2:00 p.m.

3.  Defendant shall be permitted to take and complete the depositions of 20 individuals who have submitted consent-to-join forms in this action.  Each deposition will be limited to three (3) hours of testimony, not including two (2) fifteen-minute breaks.

IT IS HEREBY ORDERED.

DATED:  May 8, 2012

_____
The Hon. Yvonne Rogers Gonzalez
United States District Judge

12183141.2 (OGLETREE)

---

[1] Although the Court originally proposed a date of July 13, 2012 for this hearing, this adjusted schedule has been adapted to conform to the Court's standard motion hearing schedule of hearing motions on Tuesdays, rather than Fridays.

[2] This date is one week later than the September 18, 2012 date originally proposed by the parties, due to September 18th being a religious holiday, Rosh Hashanah.

**Deane 11-42** Revised scheduling order re briefing for class issues   **2**   **Case No. 3-11-CV-0042 YGR**
**REVISED SCHEDULING ORDER AND [~~PROPOSED~~] ORDER REGARDING DEPOSITIONS FOR INDIVIDUALS WHO HAVE SUBMITTED "CONSENT TO JOIN COLLECTIVE ACTION" FORMS**