EVAN R. MOSES (CA State Bar No. 198099)
evan.moses@ogletreedeakins.com
ERICA K. ROCUSH (CA State Bar No. 262354)
erica.rocush@ogletreedeakins.com
A. CRAIG CLELAND (*Pro Hac Vice*)
craig.cleland@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
FASTENAL COMPANY

SCOTT EDWARD COLE (CA State Bar No. 160744)
scole@scalaw.com
MOLLY A. DESARIO (CA State Bar No. 230763)
mdesario@scalaw.com
HANNAH R. SALASSI (CA State Bar No. 230117)
hsalassi@scalaw.com
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612
Telephone: 510.891.9800
Facsimile: 510.891.7030

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO and LISA JOHNSON individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY,<br><br>Defendant. | Case No. CV11-00042 YGR<br><br><u>CLASS/COLLECTIVE ACTION</u><br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DECERTIFY PLAINTIFF'S CONDITIONALLY CERTIFIED COLLECTIVE ACTION TO OCTOBER 2, 2012 |

Stipulation for amendment to scheduling
order (re Jewish holiday) (2).DOC     1     Case No. 3-11-CV-0042 YGR
STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DECERTIFY PLAINTIFF'S
CONDITIONALLY CERTIFIED COLLECTIVE ACTION TO OCTOBER 2, 2012

Representative Plaintiffs Kristopher Deane, Michael Romano and Lisa Johnson (collectively "Plaintiffs"), individually, and on behalf of all others similarly situated, and Defendant Fastenal Company ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as follows:

**WHEREAS** on May 8, 2012, this Court entered a Revised Scheduling Order and Order regarding the deposition of individuals who have submitted consent to join forms in this matter;

**WHEREAS** the dates entered pursuant to that scheduling order are as follows:

1. The briefing and hearing schedule for Plaintiffs' Rule 23 class certification motion is as follows:

    Plaintiffs' motion shall be due: May 25, 2012

    Defendant's opposition shall be due: June 15, 2012

    Plaintiffs' reply, if any, shall be due: June 29, 2012

    Plaintiffs' motion shall be heard on: July 24, at 2:00 p.m.

2. The briefing and hearing schedule for Defendant's motion for decertification of Plaintiffs' conditionally certified 29 U.S.C. § 216(b) collective action is as follows:

    Defendant's motion shall be due: July 24, 2012

    Plaintiffs' opposition shall be due: August 14, 2012

    Defendant's reply, if any, shall be due: August 28, 2012

    Defendant's motion shall be heard on: September 25, 2012, at 2:00 p.m.

**WHEREAS** the Jewish Holiday of Yom Kippur begins on the date Defendant's motion is scheduled to be heard, September 25, 2012 and Defendant's counsel have therefore requested and Plaintiff's counsel have agreed that the hearing date on Defendant's motion for decertification be continued so that the hearing does not conflict with the holiday;

**IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties through their respective attorneys of record and subject to the approval of the Court, as follows:

1) The date for the hearing on Defendant's motion for decertification of Plaintiffs' conditionally certified 29 U.S.C. §216(b) collective action be moved one week to the first hearing

date after the Jewish Holiday, such that Defendant's motion will be heard on October 2, 2012 at 2:00 p.m.

2) All other dates relating to Plaintiff's Rule 23 class certification motion and Defendant's motion for decertification shall remain as indicated above pursuant to the court's May 8, 2012 order.

**IT IS SO STIPULATED.**

Dated: May 23, 2012

                         **SCOTT COLE & ASSOCIATES, APC**

By: *Hannah Salassi*
Hannah R. Salassi, Esq.
Attorneys for the Representative Plaintiffs
and the Plaintiff Class

Dated: May 24, 2012

                         **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: *Erica Rocush*
Erica Rocush, Esq.
Attorneys for Defendant
Fastenal Company

**[PROPOSED] ORDER**

UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:

1) The date for the hearing on Defendant's motion for decertification of Plaintiffs' conditionally certified 29 U.S.C. §216(b) collective action is hereby moved one week from September 25, 2012 to October 2, 2012 at 2:00 p.m.

2) All other dates relating to Plaintiff's Rule 23 class certification motion and Defendant's motion for decertification shall remain as previously entered pursuant to the court's May 8, 2012 order.

**IT IS SO ORDERED.**

Dated: May 29, 2012

The Hon. Yvonne Gonzalez Rogers
United State District Judge

12438450.1 (OGLETREE)