EVAN R. MOSES (CA State Bar No. 198099)
evan.moses@ogletreedeakins.com
ERICA K. ROCUSH (CA State Bar No. 262354)
erica.rocush@ogletreedeakins.com
A. CRAIG CLELAND (*Pro Hac Vice*)
craig.cleland@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
FASTENAL COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KRISTOPHER DEANE, MICHAEL ROMANO, and LISA JOHNSON individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY,<br><br>Defendants. | Case No. CV11-0042 YGR<br><br>**DECLARATION OF ERICA ROCUSH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:     January 4, 2011<br>Trial Date:            None<br><br>Date:  July 24, 2012<br>Time: 2:00 p.m.<br>Judge:  Hon. Yvonne Gonzalez Rogers |
|---|---|

I, Erica Rocush, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am a shareholder of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for defendant Fastenal Company ("Defendant" or "Fastenal") in this case. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion for Class Certification. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Attached hereto as Exhibit 1 is a "Summary to Prove Content" chart (SPC Chart) which I was responsible for preparing. This chart was prepared pursuant to Federal Rule of Evidence 1006 to organize and provide a reliable summary of voluminous writings that cannot otherwise be conveniently examined by the Court (i.e., the many declarations submitted by the respective parties in this action, as well as relevant pages of deposition testimony). The information contained in the SPC Chart accurately and truly reflects the contents of the information described therein. As required by Rule 1006, I have provided duplicates of the original declarations and deposition transcripts referenced in the SPC chart for examination by the Court at its discretion and convenience. The declarations are submitted herewith at Exhibit 10, and the deposition testimony submitted herewith at Exhibits 2 – 7. .

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpted portions of the transcript of Michael Romano's deposition session, taken April 10, 2012.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpted portions of the transcript of Lisa Johnson's deposition session, taken May 14, 2012.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpted portions of the transcript of Dustin Fox's deposition session, taken May 17, 2012.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpted portions of the transcript of Tracy Hodgson's deposition session, taken May 17, 2012.

**1**  Case No. CV-11-0042 YGR
**DECLARATION OF ERICA ROCUSH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpted portions of the transcript of Kevin Kears's deposition session, taken May 18, 2012.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpted portions of the transcript of DeQuoy Weaver's deposition session, taken June 1, 2012.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the sworn declaration of Reyne Wisecup, Vice President of Employee Development for Fastenal, dated October 7, 2011.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the sworn declaration of Steven Salfi, a current District Manager for Fastenal overseeing a district in California, dated October 7, 2011.

11. Attached hereto as **Exhibit 10** are true and correct copies of sworn declarations of the following individuals who are current and/or former General Managers of Fastenal who are working and/or have worked for Fastenal as General Managers in California: Justin Alfrey ("Alfrey"); Lloyd Appling ("Appling"); Jason Bertram ("Bertram"); Shawn Cain ("Cain"); Michael Craft ("Craft"); Bobby Greeson ("Greeson"); David Holley ("Holley"); Ron Lefever ("Lefever"); Zachary MacDonald ("MacDonald"); Jonathan Moreno ("Moreno"); Ryan Reilly ("Reilly"); Scott Robb ("Robb"); Tom Sailors ("Sailors"); Andrew Schmoock ("Schmoock"); Jason Ward ("Ward");  Terry Watts ("Watts"); and Daniel Whitlock ("Whitlock").

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpted portions of the transcript of Peter Guidinger's deposition session, taken January 25, 2012.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct and is executed this 15th day of June, 2012, in San Francisco, California.

                                                  s/Erica Rocush
                                                  Erica Rocush

12550550.2 (OGLETREE)

**2**                                            **Case No. CV-11-0042 YGR**
**DECLARATION OF ERICA ROCUSH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**