*Kristopher Deane et. al. v. Fastenal Company.*, USDC Northern California
Case No. CV11-0042 YGR

**DECLARATION OF ERICA ROCUSH IN SUPPORT OF DEFENDANT'S OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**EXHIBIT 10**

## DECLARATION OF JUSTIN ALFREY

1. My name is Justin Alfrey. I am over the age of 18, and I am competent to give this Declaration.

2. I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3. Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4. I am giving this Declaration voluntarily. Also, I understand and agree that Fastenal Company may use my Declaration in defending the <u>Deane</u> lawsuit.

5. I am currently employed at Fastenal Company. My position is General Manager (GM) of the Fastenal Store in Victorville, California

6. I have been a GM in Victorville since January 2011. In my position, I report to Wally Tappe, who is the District Manager.

7. I began working for Fastenal in December 2006 as an Outside Sales Person (OSP) in San Bernardino, California. After one month in San Bernardino, I was transferred to the Corona, California store, where I worked as an OSP for four months. I then transferred back to San Bernardino for another four months as an OSP. In September 2007, I moved to the Palm Dessert, California store, where I as a GM for a year and a half. I then transferred to the Fontana store in May of 2009. I continued to work at the Fontana store as a GM until I transferred to Victorville.

8. In 2008, I attended a four week long manager training program at the Fastenal School of Business. During this four week course, I learned how to create a business plan and successfully manage a branch. For instance, I was taught how to efficiently schedule employees to maximize selling opportunities. I also learned how to use all of the power tools that Fastenal sells so that I can understand the product I am selling and provide demonstrations for my customers.

9. At my store in Victorville, I supervise three employees, two OSPs and a part time support employee. My store has an monthly sales volume of approximately $100,000; we service several cement plants and railroad companies.

10. For the entire time I have been a GM, even at other stores, my primary job

1  responsibility has been to grow the sales of the store.  I do this by going out in the field and making

2  sales.  Since being a GM, for the past four years, I typically spend approximately 3 and a half to 4

3  days a week outside the store making sales to customers.  I would estimate that I spend

4  approximately 65-70% of my time out selling; however 100% of my time is devoted to tasks that

5  have sales in mind.  I consider the sales implications on every single decision I make as GM.

6        11.    I know that growing the store's sales is my most important responsibility because

7  my District Manager and Regional Vice President stress it all the time.  I speak with my District

8  Manager once a week and my Regional Vice President about once a month.  During these

9  conversations, they often state that it is my responsibility to grow the store by ensuring ongoing

10  growth in the number of active accounts and maintaining a good margin on our prices.  We discuss

11  the goal of growing the store's sales, but  it is left to my discretion to determine how to best

12  accomplish that goal.  For example, I make certain that the schedule is strictly maintained so I can

13  maximize the time that my OSPs and I and are out selling.  I also keep track of the stores sales

14  progress on a day to day basis to be sure that everyone is meeting their full potential.  Every

15  decision that I make in the store is driven by my desire to grow the store's sales.

16        12.    I also work to grow the store by setting performance goals for my OSPs based on

17  their specific customer responsibilities and their sales for the previous year.  I factor in new

18  accounts and growth that I expect them to maintain.   This ensures that my OSPs have attainable,

19  yet ambitious goals to work towards in terms of sales.

20        13.    My times spent performing outside sales activities includes actually going out into

21  the field and making sales, negotiating prices, and informing customers of the benefits Fastenal has

22  to offer.  Typically, over the past 4 years, I leave to go out on sales calls at about 8:00 a.m. and

23  return to the store around 4:00 p.m.  During this time, I take an hour break for lunch at my house

24  because I live close to the store and enjoy eating at home.  I understand and enforce Fastenal's

25  meal and rest break policy for the store employees.

26        14.    When I go out on a sales call, I try to speak with the purchaser or maintenance

27  person (someone who would use our products) at every stop.  I tell the customer or potential

28  customer about what Fastenal has to offer.  I inform them of our impeccable service and let them

1  know what sets Fastenal apart from its competitors.  I tell that that Fastenal can help them be more

2  efficient and cut costs.

3       15.    Approximately 2-5% of my store's sales are derived from in-store and internet sales;

4  the bulk of our sales are derived by outside sales efforts.  Each month, I set sales schedules for my

5  OSPs and myself. I do this by dividing our territory geographically into three parts.  My territory

6  includes the entire city of Victorville.  The sales schedule I create directs my two OSPs which

7  customers to visit on each day, what points to focus on, and I outline when they are expected to be

8  out selling.  I use my judgment to structure the sales schedule in a manner which I think will

9  maximize our sales potential.

10       16.    When I took over the Victorville store in January 2011, the prior manager had not

11  provided a set schedule for the OSPs or other store employees.  As a result, one of my first

12  concerns was to focus on regularly preparing a detailed schedule which details the tasks that each

13  of us is responsible for each day.  For example, the schedule indicates which employee is

14  responsible for cleaning the store and performing inventory counts on any given day.  The schedule

15  is posted in the office for all the employees to see.  I leave space on the schedule so that I can

16  handwrite in any additional tasks that need to be performed during any particular day or week of

17  the month.

18       17.    As GM, my day is consumed with the management of the store and I am constantly

19  making decisions that require my independent discretion and judgment even while I am out on the

20  road selling.  For instance, I prepare performance evaluations for the employees in my store once a

21  month. Included in the performance evaluation is an analysis of the employee's sales numbers,

22  margin, active accounts and new active accounts.  I go through the numbers with them and make

23  suggestions each month to be sure that they are steadily improving their sales and overall numbers.

24       18.    I utilize my independent judgment to grow the stores sales by constantly looking for

25  new sales opportunities.  For example, if I am out making a delivery, I will try to talk to the

26  customer about different products that I think can add value to their business.  I constantly try to

27  inform customers about the benefits of products other than what they typically buy.  To attract

28  more business, I direct my employees to give out flyers with information regarding upcoming

1   promotions.  They also distribute Fastenal soda "coozies" to new and existing customers.

2        19.    I am also working to increase the store's internet sales.  To do this, I have developed

3   a plan which includes directing my OSPs to sign up every customer they are responsible for on

4   Fastenal.com.  I do this for the customers in my own geographic territory as well.  After we sign a

5   customer up on Fastenal.com, we call them to tell them their user name and password and

6   encourage them to place orders online.

7        20.    On the one day a week when I stay in the store, I work on purchasing items for the

8   store by researching items that I think my customers may need and opening purchase order based

9   on whatever deal I have been able to reach with the manufacturer to get the item(s) in my store.  I

10  then decide how to price these items.  I spend approximately ten percent of my time helping walk-

11  in customers and approximately twenty minutes per day processing internet orders.  I also assist

12  with collection efforts once or twice a month for a total of approximately three hours a month.

13       21.    I understand that I am ultimately responsible for the Victorville store's success in

14  every way.  I believe that it is my responsibility to make sure that the store is growing and that I

15  maintain positive margins on product so that that store is profitable.

16       22.    I interview candidates when new positions arise and provide my District Manager

17  with my recommendation regarding those candidates.  I do not believe that my District Manager

18  would ever hire an employee that I did not want to hire.  Likewise, if I feel that an employee needs

19  to be terminated, I talk to my District Manager about it and he considers my recommendation

20  before any final decision is reached.

21       23.    From the time I first became a ~~District~~ GENERAL Manager in 2007 until present day, my base

22  salary has been $42,000 a year, plus commissions.  I typically earn anywhere from $10,000 to

23  $20,000 in commissions a year.

24       Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and

25  correct.

26       Signed on October 26 , 2011, at Victorville, California

27

28

Justin Alfrey

4                                    Case No. CV11-0042 SI (DMR)

DECLARATION OF JUSTIN ALFREY

1

## DECLARATION OF LLOYD APPLING

2     1.     My name is Lloyd Appling.  I am over the age of 18, and I am competent to give

3   this Declaration.

4     2.     I have personal knowledge of all the facts below, and to the best of my knowledge

5   they are all true and correct.

6     3.     Before I signed my Declaration, I had the opportunity to review it, I did so, and I

7   made any changes to the Declaration that I wanted to make.

8     4.     I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal

9   Company may use my Declaration in defending the Deane lawsuit.

10     5.     I am currently employed at Fastenal Company.  My position is District Manager

11   ("DM").  I am responsible for a district containing San Francisco, South San Francisco, and San

12   Carlos, California.  I am also currently acting as the General Manager ("GM") for the South San

13   Francisco store, but I am transitioning out of this position.

14     6.     I began working for Fastenal in 2004 as an assistant manager at the Fastenal store in

15   Hayward, CA.  In late 2004, I became the GM for in Fremont, CA.  Two years later, in

16   approximately 2006, I moved to Fastenal's Santa Rosa, CA store as the GM. In approximately

17   2008, I transferred to Windsor, CA and worked as the GM there.  In January 2010, I became the

18   GM for the store in South San Francisco.

19     7.     From 2004 – 2010, my direct supervisor was Steve Salfi, my District Manager.

20   From 2010 to January 2012, my direct supervisor was District Manager Mary Jones.

21     8.     Since 2006, as a GM, except for some brief periods of time, I have generally always

22   supervised two full-time employees, both outside sales persons ("OSP"), and one part-time sales

23   support person.

24     9.     Throughout my time as GM, it has always been my primary job duty to oversee and

25   manage all aspects of the operations of my store.  Therefore, throughout the time I have been a GM

26   for Fastenal, I have been responsible for managing my employees, my inventory, my store

27   accounts, and all of the aspects of the operations of my stores.  My decisions drive the business for

28   the store and my instructions and guidance determine the duties of my employees.  As a GM, I am

1  the person responsible for running the store.  This includes using my personal judgment to solve

2  problems that arise at the store, setting goals for the store, and then determining ways to meet those

3  goals.  I am given the authority to make decisions regarding the operations of my store as I see fit,

4  based on my experience and personal knowledge.

5       10.    I have always been given the freedom at Fastenal to exercise my judgment and

6  discretion in making decisions regarding how my stores should operate.  However, the amount of

7  discretion I have chosen to exercise has changed as I have gained experience as a GM.  Therefore,

8  when I was the GM of the Fremont store, because I was a new GM and inexperienced, I would

9  regularly consult with my DM on issues regarding the store operations.  I do not know if my DM

10  required me to consult him as frequently as I did, but I chose to consult him because I was still

11  learning Fastenal's business.  However, as I gained more experience, and continually since, I have

12  overseen and managed my stores very independently as a GM.  As a GM, I have generally been

13  responsible for managing my store employees.  I can, and do, assign tasks to my employees,

14  evaluate my employees' performance, and train my employees, all without needing to consult with

15  my DM.   Similarly, I set the schedule for and oversee the duties of the inside support person.  I

16  also set the sales goals for my OSPs and evaluate my OSP's performance against those goals.

17       11.    When I first began as a GM, because I was inexperienced, my DM made most of the

18  hiring and firing decisions for my store employees. However, as I gained experience as a GM, I

19  became an integral part of the hiring and firing decisions for my stores.  For at least the last 4-5

20  years, all hiring and firing decisions for the employees at my stores have been made collaboratively

21  by my DM and me.  Both my DM and I interview potential candidates, and then discuss the

22  candidates and collectively decide who should be hired.  As far as I know, my DM has always

23  considered and followed my recommendations regarding hiring decisions.  Firing store employees

24  is a similarly a collaborative effort, with my DM and I deciding together if someone should be

25  terminated.

26       12.    Because Fastenal is a sales organization, one of the major aspects of running my

27  store's operations is to make sales calls and build and maintain relationships with the store's

28  customers.  I have never had a problem achieving Fastenal's expectation that I will spend most of

1  my time on outside sales activities as a GM.

2    13.    As a GM, I generally have always spent 50% of my work time on outside sales

3  calls.  To me, "outside sales calls" consists of actually visiting my customers or potential customers

4  at their sites and interacting with them to either close or attempt to make a sale.  All of my time

5  spent on outside sales calls is spent actively trying to sell to the client.  This involves not only

6  discussing the client's needs for certain products and what Fastenal can offer them, but also

7  ensuring that clients are satisfied with the ongoing service and interacting with the client to develop

8  and maintain a personal relationship with the client, which is key to a successful sales relationship.

9    14.    As a GM, I generally have spent 20-25% of my time managing my employees.  This

10  involves not only assigning them daily tasks, but also evaluating their performance, training them,

11  coaching and counseling them, and mentoring them.

12    15.    As a GM, I have generally spent 10% of my time managing my store's inventory,

13  including ordering inventory, receiving inventory, and following up on inventory purchases.  I

14  delegate the tasks of counting inventory and checking inventory to my employees.   I spend 10%

15  of my time on accounting tasks, which includes managing billing and collections.  I spend less than

16  1% of my time performing routine data entry.

17    16.    As a GM, I have generally spent approximately 5-10% of my time making phone

18  calls to customers and responding to customer emails.  All of these communications support my

19  outside sales activities, because they either generally solidify the relationship or specifically follow

20  up on issues that arose or orders placed during my sales calls.  I generally delegate the general store

21  maintenance tasks, such as cleaning, stocking shelves, and assisting walk-in customers to my

22  support person.

23    17.    As a GM, I am and have always been given the freedom, by both my DMs and

24  Fastenal, to run my store as I see fit.  I use my independent discretion and judgment to make

25  operational decisions that I believe will make the store more successful.  I do not believe that any

26  of my tasks are rudimentary or require little to no thought.  To the contrary, I give a lot of thought

27  to, and use a lot of judgment in making, every decision regarding my store's operations and every

28  task I perform in managing my store, because each decision I make and task I complete for my

**3**

**DECLARATION OF LLOYD APPLING**

Case No. CV11-0042 YGR

1  store affects the success of my store, for which I am ultimately responsible.

2      18.    As a GM, I use my independent judgment and discretion to set the store policies for

3  pricing inventory as well as purchasing and ordering inventory. I set the policies based on what I

4  believe will be the best for the store and what will increase overall store sales.

5      19.    As a GM, I determine my schedule each day. I generally begin work around 6:30

6  a.m. or 7 a.m. and complete my work around 5 p.m. I am free to take meal breaks if I choose to do

7  so, although I often choose to work while I eat a meal. No one has ever told me that I could not

8  take a meal or rest break or prevented me from doing so. It is entirely my choice.

9      20.    As a GM, I have always earned more than $455 per week, including both my base

10  salary and commission payments.

11     Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and

12  correct.

13     Signed on June __11__, 2012, at South San Francisco, California.

14

15     _____

16                         Lloyd Appling

17

18  12529529.1 (OGLETREE)

19

20

21

22

23

24

25

26

27

28

4

**DECLARATION OF LLOYD APPLING**

Case No. CV11-0042 YGR

## DECLARATION OF JASON BERTRAM

1. My name is Jason Bertram.  I am over the age of 18, and I am competent to give this Declaration.

2. I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3. Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4. I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5. I am currently employed at Fastenal Company.  My position is General Manager (GM) of the Fastenal Store in Manteca, California.

6. I have been a GM since August 2010.  In my position, I report to Tim Griffin, who is the District Manager.

7. I began working for Fastenal in May 2007, in Turlock, California as an outside sales person (OSP).  I worked as an OSP in Turlock until February 2010, when I moved to Manteca as an OSP.  I was then promoted to my current GM position in August 2010.

8. My store is a small to medium size store, doing $50,000-60,000 in sales volume per month.  I try to grow my business by networking with people, trying to get referrals and cold calling.

9. I know some stores are different from other stores because I worked at Turlock.  If a store has one main customer, the general manager has to spend more time on that relationship.  If a store has lots of small accounts, the general manager has to spend more time driving to multiple locations.  When one of my outside sales people develop an account so that it grows, I have made the decision for the account to stay with them so they can maintain and grow that successful relationship.

10. In addition to myself, there are three other employees in my store, all of whom I supervise: two part-time support people, who work at least 20 hours per week each, and one full-time sales trainee.

11.    I am definitely in charge of my store.  I am the person who makes all of the decisions, using my own judgment and discretion, in relation to what products we sell at the store and what prices we charge for the products that we sell.  I am responsible for making decisions regarding how the store should operate to be successful, and I have to answer for it if the store is not successful.

12.    I also have the authority to decide how to price product and whether to give a discount.  In making those decisions, I use my judgment and consider the volume and profit margin.  For example, yesterday, a customer asked for a large discount and I decided not to give it to them because the order was not large, the profit margin would have been too small and there was no existing customer relationship.   However, sometimes I decide to make a sale at a lower-than-normal price, even below Fastenal's recommended minimum mark up, in order to build a relationship with a new customer but it would largely depend on volume.  It is entirely my decision when to do that.  I make those decisions based on what I think is ultimately in the long term interest of growing business at my store.

13.    As the GM, I am responsible for handling the outside sales to the store's largest accounts, because those accounts are most important to the store's success. In fact, I believe that my most important job duty is making outside sales calls with the store's biggest customers to maintain and expand sales.  I therefore spend 70% of my work time making outside sales calls.  I spend 3-4 days of each week out visiting customer sites to make sales calls.  During my outside sales calls, I visit my customer's sites and meet with customer representatives to make sales, negotiate contracts, and complete customer orders.

14.    I am completely in control of my schedule and the hours that I work.  I can determine both what hours I work each day and how I spend my work hours.

15.    Because I spend so much time on outside sales calls, I delegate most of the tasks required to operate and run the store to my part-timers.  My part-timers handle taking care of walk-in customers, performing cycle counts, doing branch transfers, and cleaning and maintaining the store.

//

16.     When I am in the store, I am either doing activities incidental but essential to completing my outside sales, such as sourcing product, placing orders, and otherwise making sure that orders get filled and properly delivered to the customer, or I am focusing on strategizing regarding how to expand existing customer relationships or establish new relationships.

17.     As part of my duty managing my store, I manage all of the store employees. As part of this duty, I have the ability to strongly recommend to my District Manager that a person be considered to be hired for a full time position if I meet a strong candidate. I also have the power to discipline my employees in my discretion. I have given my employees verbal warnings for coming in late or failing to complete tasks. I have the ability to make strong recommendations to my District Manager over the decision whether to terminate an employee from my store.

18.     I also am responsible for training my employees, setting their performance goals, and evaluating their performance. Right now, because I have a new employee, I am spending a lot of time training my employee including on-the-job training, counseling and informal coaching.

19.     I use my own independent judgment and discretion all of the time while I am working. I am the person responsible for determining the inventory to carry in my store, and I can carry whatever inventory I determine will best meet the needs of my customers. I also make recommendations to customers in relation to different products they may be interested in based upon their needs that they communicate to me. I can, and do, also determine what price at which to sell products to customers, based on what I think will make for the best sale for the store.

20.     I also have to make tough decisions in relation to handling collecting unpaid invoices from customers. While we have corporate handle delinquent accounts, I have to decide how to have the conversation with the customer directly based upon whether or not this is the first time an invoice has not been paid on a timely basis.

21.     Because I have complete control over my schedule, I am free to take rest and lunch breaks throughout the day if and when I want to. If I ever choose not to take a meal or rest break, or work during my meal break, it is completely my choice. No one has ever told me not to take a meal or rest break or prevented me from taking a meal or rest break.

//

**DECLARATION OF JASON BERTRAM**

22. As a GM, I have always been paid a base salary that exceeds $455 per week. I am also eligible to receive bonuses or commissions based on the sales volume of my store and my store's overall performance.

23. Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct.

Signed on May _17_, 2011, at Manteca, California.

Jason Bertram

# DECLARATION OF SHAWN CAIN

1.      My name is Shawn Cain.  I am over the age of 18, and I am competent to give this Declaration.

2.      I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.      I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal Company may use my Declaration in defending the <u>Deane</u> lawsuit.

5.      I am currently employed at Fastenal Company.  My position is General Manager (GM) of the Fastenal Store in Yuba City, California.

6.      I have been at Fastenal for over five years and I have been a GM for about four years.  In my position, I report to Jeremy McLean, who is the District Manager (DM).

7.      Before becoming a GM, I worked for Fastenal as an outside salesperson at the Beale Air Force Base branch.  Around February 2007, I came to the Yuba City branch as an assistant general manager.  As an assistant general manager, I spent approximately 90 percent of my time outside the branch, making sales calls and associated deliveries.  Fastenal promoted me to GM around October or November 2007.

8.      My branch is considered a medium-sized branch with $50,000 to $75,000 per month in sales volume.  The branch is in a growth phase and sales have been increasing every month.  The largest industry type in my branch's area is nut and fruit production.  Therefore, parts for harvesting equipment are a major focus for our sales.  Other major customers of the Yuba City branch are Pacific Gas & Electric, various commercial and residential plumbing contractors, and other manufacturers, for whom we provide custom product kits.

9.      As the GM, my primary duty, and the duty on which I spend the majority of my time, is outside sales.  I spend 85 to 90 percent of my time outside the branch making sales calls on a daily basis.  During these sales calls, I discuss with clients and potential clients what products Fastenal offers and how our products and services can be of use to them, and I negotiate sales with

1    them. I also spend time doing tasks that are incidental but essential to my outside sales calls, such

2    as sourcing products and obtaining and placing orders. It is my understanding that at Fastenal, the

3    GM usually handles the branch's larger customers. This is true in my case as well; I personally

4    handle 50 to 60 percent of the branch's sales.

5         10.     In addition to my outside sales activities, I also manage one full-time outside

6    salesperson (OSP) and a part-time inside sales employee. Like me, the OSP also spends 85 to 90

7    percent of his time away from the branch engaged in outside sales. I have divided up the store's

8    coverage area so that my OSP and I each have our own sales territory and call on our own clients.

9         11.     Fastenal expects me to be in charge of the branch and to manage all aspects of the

10    branch's operations and employees, and I do. The company gives me the discretion to run the

11    branch and I exercise my independent judgment in deciding how to accomplish this. The GM role

12    is definitely like running a small business, and the ability to grow the business is key to making the

13    branch profitable. I have sales goals for the branch and I decide how I want to run the store to "hit

14    the numbers" and get as much sales momentum as possible. I regularly communicate with my

15    OSP and inside sales employee on how we can collectively achieve the branch's sales goals. To

16    this end, my role as GM is part "cheerleader," as it is my and the Company's philosophy to lead by

17    example through team effort rather than an "above them" approach. I do this mainly by dedicating

18    myself to being successful with my outside sales activities. I also show this through assisting my

19    employees, as necessary, on any tasks that are required to run the branch, from taking and

20    reviewing orders, to managing inventory, to managing customers, to cleaning shelves. I find that if

21    I create an environment where the whole sales team is happy, we are able to increase our sales.

22         12.     While I consult my DM as needed when problems arise, this is infrequent. My DM

23    stops by the branch only a few times each month. In my experience, Fastenal DMs spend more of

24    their time going around to branches which are not hitting their numbers. Because I have been

25    successful in formulating and implementing my branch's sales plan, I have been hitting my

26    numbers consistently, and therefore my DM only rarely gives me direction on how I should do

27    something. In fact, my current DM's indirect management style has allowed me to make

28    independent decisions regarding what products I should sell to clients, which has allowed me to

1  really improve my sales and become a top performer.  For example, I have discretion to put

2  together custom product kits for manufacturing customers (for my own customers and those of my

3  OSP) and I do not need my DM's approval, which allows me to offer different product bundles to

4  my clients.  I also have discretion to make pricing decisions in order to beat out competitors.

5      13.    No matter what decisions I am making or what tasks I am engaged in, I am always

6  involved in an activity that will improve the store's sales, and every decision I make is based on

7  what I believe will make the store successful.

8      14.    As GM, I have authority to handle discipline of the branch employees and to do

9  performance write ups.  I "crack the whip" if necessary to make sure my sales team is on track to

10  meet branch sales goals.

11      15.    I have complete control over my schedule and I am free to take breaks during the

12  day at times of my own choosing.  No one at Fastenal has ever told me not to take a meal or rest

13  break or prevented me from taking breaks.  I decide when to arrive at the branch and when to leave

14  for the day based on whatever I determine will keep the branch profitable.

15      16.    I earn a monthly salary greater than $2,773.33 and greater than $455 per week.  I am

16  eligible for commissions based on the sales volume and profit margins for my branch.

17  Commissions vary from month to month depending on sales activity in a given month.  I recognize

18  that my commission income goes up, or down, based on my performance and that of my branch.

19      Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and

20  correct.

21      Signed on September  20  , 2011, at Yuba City, California.

22

23

24                                                      Shawn Cain

25

26

27

28

**DECLARATION OF SHAWN CAIN**

### DECLARATION OF MICHAEL CRAFT

1.      My name is Michael Craft.  I am over the age of 18, and I am competent to give this Declaration.

2.      I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.      I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal Company may use my Declaration in defending the <u>Deane</u> lawsuit.

5.      I am currently employed at Fastenal Company.  My position is General Manager (GM) of the Fastenal Store in Livermore, California.

6.      I have been a GM since January 2007.  In my position, I report to Brian Nelson, who is the District Manager (DM).

7.      Before becoming a General Manager, I worked for Fastenal as an Assistant General Manager in the Pleasanton, California branch from June 2006 until I was promoted to the GM position in January 2007.

8.      I have taken advantage of the training the company provides through its Fastenal School of Business, including courses involving product knowledge and sales training, as well as a two-week new employee training.  I have found the courses to be quite helpful to my role managing the branch.

9.      My branch is a Class A3 branch, averaging $225,000 to $325,000 per month in sales.  My branch ranked number one in sales for the entire region in 2010.  The Livermore branch is in a growth phase, because there are a wide variety of businesses in the area, all of which are potential clients.  These businesses range from agricultural, including wineries, to a growing presence of high tech companies, which present a particularly fertile opportunity for sales growth at my branch.

10.      In addition to myself, there are three employees working at the Livermore branch, all of whom I directly supervise.  There are two full-time Outside Sales Persons (OSPs) and one

1  part-time employee in a support role in the branch.

2  11.  Staffing at the Livermore branch is very different from where I previously worked,

3  at the Pleasanton branch.  At the Pleasanton branch, there were fewer employees, which required

4  the GM to personally focus more on outside sales and less on employee management and

5  supervision.

6  12.  Two of the major customers of my branch are a solar company and a manufacturer

7  of GPS tracking devices.  The presence of both the solar and the "alternative energy" industries

8  present a great potential for new business for the Livermore branch and I have dedicated a good

9  deal of effort to ensuring that the branch is going after this business.

10  13.  In my view, my main responsibility as the GM is to see that the branch produces

11  sales numbers.  There are many tasks that go into that duty and I wear a lot of hats to make sure my

12  branch hits its sales numbers.  First and foremost, I must drive the branch's sales by being the team

13  leader, which involves overseeing the OSPs and training the new sales employees.  I expect the

14  OSPs to create new business opportunities wherever possible, by both cold calling on potential new

15  clients and maintaining and growing business with existing clients.  To facilitate these efforts, I

16  have created zones for the OSPs in which they are responsible for developing new business.

17  14.  In order to fulfill my responsibility to grow sales, I view my primary duty as GM

18  being to help the sales employees.  I have chosen to make this the role on which I spend most of

19  my work time, and was not told that I had to spend my time this way.  Rather, although the

20  regional and district managers give me input on company sales goals, I decide how I want to

21  implement those goals in my branch.  I also develop plans for going after new business.  I decided

22  that the best way to accomplish this was by assisting and mentoring my employees.  Therefore, I

23  routinely spend well more than 50 percent of my work time managing my employees and making

24  strategic decisions to further the branch's sales goals.

25  15.  Although I have the two full-time OSPs working for me at the Livermore branch, it

26  is still up to me if I want to rely solely on the OSPs to generate sales or whether I want to go out

27  myself and develop new business opportunities.  I have day-to-day discretion as the GM to make

28  decisions on how to run the branch and I do not have to check or get approval from upper

2

Case No. CV11-0042 SI (DMR)

**DECLARATION OF MICHAEL CRAFT**

1  management.  I am not micro-managed in any way with respect to daily branch operations.

2        16.     While most of my working time is spent managing my branch employees and

3  making sure they hit their sales goals, I regularly devote some time to developing new business.

4  This aspect of my job varies from day to day and week to week depending on how much time I

5  choose to spend outside the branch making deliveries/sales calls to the customers I have developed

6  over the years.  I almost always deliver product when I visit a customer because I use product

7  deliveries as an opportunity to make a sales call.  I always check in with my customer contact at the

8  time of a delivery to see if there are additional orders or any other services I can provide, and to try

9  to make additional sales or tell a client about new products or services that I think the customer

10  might be interested in.  I try to never miss an opportunity to increase sales and I mentor my OSPs

11  to do the same.

12        17.     As part of my role in managing my employees, I have autonomy to, and do, manage

13  my branch employees on a one-on-one basis.  I evaluate and manage their performance on a daily

14  basis.  For example, the company creates individual monthly "score cards" for the OSPs.  I make

15  sure my employees understand their score cards and that they pay attention to them.

16        18.     The daily routine for the branch varies depending on what is going on each day, as I

17  do whatever is needed to reach the branch's sales goals on that particular day.  The branch is open

18  from 7:30 a.m. to 5:00 p.m. and it is my decision whether to come in early or stay late based on

19  what I think is best to meet the needs of the branch.  I take breaks at my discretion and can get

20  away from the branch as desired.  No one at the company prevents me from taking breaks during

21  the day and no one has ever told me not to take breaks.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1       19.     As a GM, I am compensated at a base salary of greater than $2,773.33 per month

2 and greater than $455 per week.  I am eligible for commissions based on the sales volume and

3 profit margins for my branch.  Commissions vary based on sales in a given month.

4       Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and

5 correct.

6      Signed on October ___10___, 2011, at Livermore, California.

7

8                                 _____

9                                     Michael Craft

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF BOBBY GREESON**

1.      My name is Bobby Greeson. I am over the age of 18, and I am competent to give this Declaration.

2.      I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.      I am giving this Declaration voluntarily. Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5.      I am currently employed at Fastenal Company. My position is General Manager (GM) of one of the Fastenal stores in Bakersfield, California.

6.      I began working for Fastenal in 2001, at the "original" Bakersfield store ("BKCA"). I was hired to be the GM for a second store in Bakersfield ("BRCA") that was supposed to open a few months after I started my employment. However, due to the events of September 11, 2001, the store opening for BRCA was delayed significantly. Therefore, I worked in the BKCA store for a little less than a year, in a temporary position, until BRCA opened in the Spring of 2002. When BRCA opened, I started there as the GM. I remained the GM at BRCA until November 2004, when I transferred back to BKCA as the GM. I was the GM at BKCA until 2010 or 2011, when I opened up a new store in Bakersfield, BFCA, as its GM. I am currently still employed as the GM at BFCA.

7.      My current direct supervisor is Tony Arruda, my District Manager. Until about two years ago, my direct supervisor was Joe Pechota, my District Manager until there was a reorganization of districts.

8.      When I worked as the GM at BKCA, I supervised two full-time employees: one Outside Sales Person (OSP) and one full-time inside support person. Since I have been at BFCA, I have supervised three full-time employees: one OSP, one full-time sales support person and one full-time warehouse manager.

9.      Through working at, and opening as the GM, multiple stores in Bakersfield, I have

1   become familiar with how accounts and potential clients are divided up among stores when a new

2   store opens in close geographic proximity to an established store.  In my district, my DM has

3   always worked with me, as the GM, and we have collaboratively determined which accounts

4   should go to which stores.  My DM has consulted me and taken my recommendations regarding

5   how accounts should be divided among stores.  For example, because I have been a GM in

6   Bakersfield for a long time, I have several well-established client relationships.  Therefore, when I

7   opened up a new store, I have often kept those clients with whom I have an established

8   relationship.

9          10.      As the GM, it has always been my primary job duty to oversee and manage all

10  aspects of the operations of my store.  Therefore, throughout the time I have been a GM for

11  Fastenal, I have been responsible for managing my employees, my inventory, my store accounts,

12  and all of the aspects of the operations of my stores.  As a GM, I am the person responsible for

13  running the store, and I am given the authority to make decisions regarding the operations of my

14  store as I see fit, based on my experience and personal knowledge.

15         11.      As the GM, because I am responsible for managing my store employees, I have not

16  only the responsibility, but also the authority, to supervise my employees on a daily basis as I see

17  fit, without needing approval from my DM.  I can, and do, assign tasks to my employees, evaluate

18  my employees' performance, discipline and coach my employees, and train my employees, all

19  without needing to consult with my DM.

20         12.      Although I do need to consult with, and obtain my DM's approval, for hiring and

21  firing decisions, I am also very much a part of all such decisions. All hiring and firing decisions for

22  the employees at my store are made collaboratively by both my DM and me.  Both my DM and I

23  interview potential candidates, and then discuss the candidates and collectively decide who should

24  be hired.  As far as I know, my DM has always considered and followed my recommendations

25  regarding hiring decisions.  Firing store employees is a similarly a collaborative effort, with my

26  DM and I deciding together if someone should be terminated.

27         13.      Because Fastenal is a sales organization, one of the major aspects of running my

28  store's operations is to make sales calls and build and maintain relationships with the store's

1   customers. Therefore, as the GM, I am one of the primary sales people for the store, and one of my

2   main job duties is to be out selling to customers to increase the store's business.

3        14.    As the GM, I have a significant number of accounts for which I am personally

4   responsible. I am also responsible for determining who a new account is assigned to, between my

5   OSP and me. I base these decisions on my own judgment, using a number of different factors,

6   such as geographic location, the needs of the client, the personality of the client, and whether either

7   my OSP or I have a pre-existing relationship with the client.

8        15.    I generally spend 75-80% of my work time on outside sales calls. To me, outside

9   sales calls means that I am actually visiting my customers or potential customers at their sites and

10   interacting with them to either close or attempt to make a sale. I spent a similar amount of time

11   doing outside sales at my prior store as the GM. All of this time is spent actively trying to sell to

12   the client, by not only discussing the client's needs for certain products and what Fastenal can offer

13   them, but also by interacting with the client to develop and maintain a personal relationship with

14   the client, which is key to a successful sales relationship. Therefore, even if I am making a

15   delivery, I still use that time with the client to engage in a sales call. Indeed, at Fastenal, there is no

16   such thing as "just a delivery" – every meeting with the client should be considered a sales call,

17   and used as such.

18        16.    During the limited time that I am not actually making outside sales calls, I am

19   generally either sourcing product, engaging in communications with my clients via phone or email,

20   or overseeing the store operations. I generally delegate the general store maintenance tasks, such

21   as cleaning, stocking shelves, maintaining inventory, and assisting walk-in customers, to my

22   support person. I spend only a minimal amount of time doing any of these tasks.

23        17.    In terms of sourcing products, I have the authority to buy whatever products I want,

24   from wherever I want to buy them for whatever price I want to buy them, as long as I can re-sell

25   them or otherwise justify the purchase. I do not need to get pre-approval for any purchase

26   decisions I make. Similarly, I can generally make decisions regarding how much to mark up a

27   product or discount a product in order to make the best sale possible for the store and to further the

28   client relationship.

18.     Although my DM may offer me advice and guidance on certain aspects of running my store, I do not need to follow his advice, and am free to make almost all decisions relating to my store on my own, as I see fit.  To that end, it is very rare that I ever have to call my DM to get approval for decisions regarding the daily operations of my store.  Although I do consult with my DM to get his advice on certain plans or strategies, I rarely need to seek his prior approval before I make a decision.  Additionally, I do not remember my DM ever not approving a decision I wanted to make.

19.     I am given the freedom, by both my DMs and Fastenal, to run my store as I see fit.  My decisions are not questioned, and do not need to be approved, unless there are problems with my store's performance numbers.  Moreover, if there is a problem, my DM will come and tell me to fix it, but he will not mandate what steps I must take to fix a problem or issue.  He will offer me advice and suggestions, but I am free to take the steps I think are necessary to get my store to be successful.

20.     Although I believe that Fastenal does have standard operating procedures for completing certain tasks, such as setting up a new customer in the system or maintaining company trucks, there are no policies or procedures that I need to comply with, outside of complying with all applicable legal requirements, in order to run my operation on a daily basis.

21.     I spend only a minimal amount of time engaged in collections, and only do so when I believe it will be beneficial for the customer relationship for me to be involved.  There are both corporate personnel and district-wide personnel who generally handle collections for my store.

///
///
///
///
///
///
///

22.     As a GM, I have always earned more than $455 per week, including both my base salary and commission payments. I am eligible for commissions based on the sales volume and profit margins for my branch. My pay statements are easy to read and have accurately recorded all my earnings. I believe I have received all compensation owed me by Fastenal.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct.

Signed on June _18_, 2012, at Bakersfield, California.

Bobby Greeson

## DECLARATION OF DAVID B. HOLLEY

1.      My name is David B. Holley.  I am over the age of 18, and I am competent to give this Declaration.

2.      I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.      I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5.      I am currently employed at Fastenal Company.  My position is General Manager (GM) of the Fastenal branch in San Francisco, California.

6.      I have been GM of the San Francisco branch since November 2007.  In my position, I report to Marty Jones, who is the District Manager (DM).

7.      I first started with Fastenal in November 1994 as an Assistant Manager at the Merced, California branch.  In November 1995, I moved to the Salinas, California branch as a GM. In early 1999, I made a lateral move to be the GM of the Adrian, Michigan branch.  I left Fastenal in 2002 to work for an agency representing product lines that Fastenal sells; that position was all sales and did not involve management.  When I returned to Fastenal in April 2005, I was in a regional strategic construction sales position (covering Northern California, Hawaii and Northern Nevada), reporting to Kent Kesselus in Texas, a position that the company has since discontinued. I became the GM of the San Francisco branch in November 2007.

8.      When I started with Fastenal the Company did not have the Fastenal School of business (FSB), though I have taken training courses both in Minnesota and at the Modesto distribution center.  One such course was on goal setting to help sales staff with their jobs, something I am responsible for doing in my role as GM of the San Francisco branch.

9.      My branch is considered a medium branch in terms of sales volume, which has been running from $40,000 to $50,000 per month.  The branch is definitely in a growth phase and I see a lot of potential for growth in my market area.  I know the area well and understand which areas are

1  good for growth.

2      10.    My San Francisco branch is quite different from the Salinas branch that I formerly

3  managed.  In Salinas, we sold a lot of stainless steel products because the industry in that area is

4  primarily food processing.  In San Francisco, branch customers are more in need of maintenance

5  supplies for machinery and building.  The Salinas branch was much smaller than the San Francisco

6  branch, averaging only $15,000 to $20,000 in sales per month when I started there.  As a result of

7  the smaller sales volume, I managed only one other employee in Salinas, an outside sales person

8  (then called assistant manager).  In Salinas, there were a lot of smaller accounts.  The San

9  Francisco branch has a great potential for developing new business due to the varied nature of the

10  local market so as the GM of the San Francisco store I spend a lot of my time in outside sales

11  activities geared toward large accounts, particularly calling on and developing major new strategic

12  customers.

13      11.    As an example, one of my key customers is the San Francisco Municipal

14  Transportation Agency (MUNI), which operates the local buses, street cars and cable cars.  MUNI

15  requires many specially made parts and the customizing of parts.  I make sure that we are properly

16  servicing this customer by regularly calling on and staying in close touch with my customer

17  contacts there.  I also provide MUNI with reports for each of its many locations, in order to provide

18  customized service and distinguish the Company from our competitors.  I am able to tailor

19  customer service at this level to local businesses because of Fastenal's decentralized management

20  structure, which affords me the discretion to use my independent judgment to determine when and

21  how such service should be offered and negotiated.  I regularly make decisions to offer different

22  and innovative forms of service to my customers in my market area it has resulted in increased

23  sales.

24      12.    My branch has a wide range of customers from simple construction projects to

25  customers like the University of California which is looking to put in whole systems such as an

26  inventory management system as well as Fastenal vending machines.  Fastenal is uniquely

27  positioned to provide the components of such systems due to the wide range of products available

28  within the company and because I have the ability and the authority to work with the customer to

1   source custom products to suit their individual needs. Exercising this level of discretion has been a

2   key to my success in growing sales.

3        13.    In early 2008, I targeted the City of San Francisco to develop a customer

4   relationship; however, the City would not do business with us unless we became compliant with

5   the city's Equal Benefits Ordinance. I spearheaded getting compliance by working with a

6   company that is partnered with Fastenal, a small minority company that meets the ordinance

7   requirements. As a result, the San Francisco Fastenal branch is now able to do business with the

8   City and I am actively going after that business by continuing to speak with department

9   representatives and looking for opportunities to enter into contracts and to negotiate terms for

10   orders. Before pursuing this route, I let my DM know of my plan and he gave me full authority to

11   pursue my plan, indicating I should "do whatever you need to do to grow your business."

12        14.    In addition to my sales initiatives with the University of California and the City of

13   San Francisco, I am also currently going after business with San Francisco State University and a

14   major petroleum business, again by making regular sales calls on my customer representatives and

15   seeking out opportunities to enter into orders and to find ways to expand the level of sales by

16   learning more about the customer's particular needs.

17        15.    I spend 60 percent of my time on outside sales activities which includes making

18   sales calls and devoting time to the many activities that go into obtaining and negotiating orders

19   from the branch's major accounts and to seeking out orders from new customers that I target to

20   pursue. On a regular basis during each month, I visit all of my strategic accounts. I spend the time

21   on these visits speaking with my customer contacts, checking for opportunities to take orders,

22   giving quotes, and negotiating terms for orders. I also use these visits to determine how to further

23   source parts for customers as I view this as another avenue for building customer relationships in

24   order to grow my sales by obtaining new orders.

25        16.    Outside sales account for about 85 percent of the branch's sales, inside sales are

26   around 10 percent, and Internet sales are around five percent but growing. I have been trying to

27   grow the Internet sales component with my customers because I see it as a way to please customers

28   and to increase orders. When I make sales calls, I take the opportunity to educate the customer on

1  how to use Fastenal.com and I show the customer how they can have ready access to a wealth of

2  Fastenal parts and how they can manage and track their orders.  I am responsible for leading the

3  company's Internet initiative here at the San Francisco branch and we have been leading the

4  district in growth of internet sales.

5        17.     In my view, my primary duty as the GM of the San Francisco branch is to "grow the

6  sales" of the store, meaning that I am responsible for completing any and all tasks that relate to

7  growing sales.  I spend 100 percent of my time growing sales because even checking the inventory

8  is integral to operating the branch profitably.  Almost all of my time is spent using my independent

9  discretion and judgment to generate sales because under the Fastenal structure the branch is my

10  "business" to run as I see fit.  If I did not exercise my discretion and judgment, business at the

11  branch would not grow.  With my strategic accounts in particular, I am very active in reaching out

12  for business by getting out and visiting customers, and then by following up on my sales calls by

13  making phone calls and sending e-mails, because I find that this is the way to grow the business

14  and keep customers happy.

15        18.     I have the key role at the San Francisco branch for determining product offerings

16  because I am responsible for developing the large accounts such as the University of California, the

17  City of San Francisco, and others.  I support my outside sales person (OSP) and work with him to

18  develop new accounts.  Because I believe that it is important that the people working for me be

19  happy, I also, when possible, share the business of the major accounts with my OSP.  A good

20  example of this is a large account I recently landed with a local recycling operation that has

21  multiple locations.  I delegated to my OSP two of the five customer locations so that he will get

22  sales credit even though I was responsible for bringing in the account.  I have authority to exercise

23  my independent judgment and discretion to make decisions like that because I am free within the

24  company to manage the business and my sales efforts in the way I believe will be the most

25  successful and profitable.

26        19.     I am responsible for making pricing decisions and setting prices for the branch.  The

27  company gives me discretion to come up with sales ideas and to "think outside the box," the only

28  constraint being that my decisions and ideas be profitable.  In theory, I can give a customer a 100

1  percent discount if I believed it would be profitable.  In reality, of course, I make pricing decisions

2  that are geared to making a profit each time because if I am wrong I will go down with the ship.

3       20.     I have wide latitude in sourcing products for my branch's customers.  As an

4  example, I recently bought a product from Amazon to fill a customer's need and no approval was

5  needed.  The company gives me a lot of flexibility with respect to purchasing and I have the

6  authority to create part numbers at my branch level for parts not carried by the company, so long as

7  I can resell it at a profit.  The big picture at Fastenal is to provide service, not products, and I use

8  this philosophy in building customer relationships as I continually make sales calls and offer my

9  customers products that I have to purchase from other suppliers.  I can take the risk on running a

10  promotion at the branch, if I choose to, without having to seek approval.

11       21.     I have ultimate responsibility for the branch's success and directing my employees

12  is a key part of achieving that goal.  In addition to myself, there is one full-time OSP reporting to

13  me and one part-time inside sales employee.  My OSP is responsible for getting new accounts and

14  growing them, with help and direction from me.  I have full control over setting the schedule and

15  determining the tasks to be performed by the branch's inside sales employee, which include

16  inventory management, merchandizing, and helping customers who walk into the branch.

17       22.     On a daily basis, it is my responsibility to look at month-to-date reports to see where

18  the branch stands for the month with respect to sales, profit margin, active accounts, freight

19  spreads, and to confirm accuracy.  It is then my responsibility to communicate this to my branch

20  employees and to direct them as I see fit for keeping the branch on sales target.

21       23.     As GM, I play a role in discipline, and in hiring and firing, of my store's employees.

22  I am responsible for writing up discipline issues and giving input to my DM.  My DM always seeks

23  my input on new hires.  I conduct the initial interview with a candidate and decide whether they

24  should be moved up in the interview process.  For example, recently there were two candidates for

25  an inside sales position and my DM involved me in the interview process and let me make the final

26  decision on who to hire.  As GM I also evaluate my employees' performance, looking at such

27  issues as whether the employee has been showing up, accomplishing assigned tasks and working

28  accurately.  I work with my OSP with his sales "score cards" and discuss areas for improvement

1    when necessary.

2         24.    No two days as a GM are the same.  I alone set my daily schedule, determine

3    priorities, and make decisions on delegating to others to take care of particular tasks, as may be

4    needed on a day-to-day basis.  No one at the company dictates any aspect of my schedule.  During

5    the day, it is my responsibility to get the inventory figured out as early in the day as possible and to

6    get my OSP out the door as soon as possible because he is not engaged in outside sales if he's in

7    the branch.  It is my responsibility to see that inventory is received in quickly and accurately on a

8    daily basis; though this task generally takes no more than half an hour a day, it is an integral part of

9    driving the sales of the store.  I then move on to obtaining and processing customer orders and this

10   often involves sourcing products.  My job is to figure out whether I can source product within the

11   company or whether I must go outside the company to find it.  When I cannot source a part either

12   within or outside the company, in order to meet customer needs, I must go to Fastenal's

13   manufacturing division to arrange to have the part made.  The company expects me to do this at my

14   discretion and I regularly do so.

15        25.    I take meal and rest breaks during the day whenever I choose; neither my DM nor

16   anyone else interferes in any way with my setting my schedule and getting away from the branch

17   as desired.  No one has ever impeded my ability to take a meal or rest break, and if I have not taken

18   a break, it has been at my choice.  My DM visits the branch approximately once per month.

19   Fastenal provides paid vacations and I routinely take my vacations.

20        26.    I earn a monthly salary greater than $2,773.33 and greater than $455 per week.  I am

21   eligible for commissions based on the sales volume and profit margins for my branch.

22   Commissions vary on a month to month basis depending on sales volume for a given month.  I

23   recognize that my commission goes up, or down, based on my performance.

24        Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct.

25        Signed on ~~July~~ August 23, 2011, at San Francisco, California.

26

27                                                    _David B. Holley_

28                                                    David B. Holley

# DECLARATION OF RON LEFEVER

1.     My name is Ron Lefever. I am over the age of 18, and I am competent to give this Declaration.

2.     I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.     Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.     I am giving this Declaration voluntarily. Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5.     I am currently employed at Fastenal Company. My position is General Manager (GM) of the Fastenal Store in Bakersfield, California.

6.     I have been a GM at the Bakersfield location for six years. In my position, I report to Tony Aruda, who is the District Manager.

7.     I first began working for Fastenal eleven years ago as an Assistant General Manager in Rancho Cordova, California. Within eight months, I was promoted to General Manager of the Rancho Cordova store. After six years, I left Fastenal to pursue other endeavors. I returned to Fastenal six years ago to my current position as General Manager of the Bakersfield, California location.

8.     There are four employees, including myself, at the Bakersfield location. I supervise three full-time employees, including a Warehouse Manager, an Outside Sales Representative and an Outside Sales Trainee. The Outside Sales Trainee will transfer soon to another store, at which time I plan to hire an additional part time employee to work in the warehouse. I will directly supervise the new employee.

## My Job Duties

9.     Throughout the past six years, my primary duties consist of a combination of outside sales, and managing my employees and overseeing the operation of the business. Although every day is unique, I typically spend 70% of my working time on outside sales activities (as detailed below) performed outside of the office. I am also constantly working on managerial tasks

1

1    that require a high degree of discretion and autonomy (as detailed below). I choose to devote a

2    great deal of my time to outside sales because I want to grow my business as much as I possibly

3    can. In order to achieve this goal, I put a great deal of time and effort towards outside sales and

4    managerial tasks.

5          10.    Of the 70% of my time I spend performing outside sales activities, these activities

6    primarily consist of actually going out into the field and meeting potential customers, making sales

7    or closing sales with new customers.  On a typical day, I go out on sales calls at 9:00 a.m., return

8    for lunch for about an hour, and then go back out on sales calls until 4:00 p.m. I am responsible for

9    servicing the Bakersfield location's top ten customers. Although I focus my sales efforts mainly on

10   the store's top ten customers, I also have approximately 100 other potential customers in my zone,

11   that I make daily visits to and over which I am responsible for sales. All of the customers in my

12   zone are local, with the farthest one being no more than thirty miles away.

13         11.    While making sales calls, I have the discretion to decide which customers to visit,

14   when to visit them, how to conduct the sales call, and which items to up-sell. I determine what

15   items to try to market to customers, what marketing strategies and techniques to use, and what

16   contract terms to offer to close a sale.

17         12.    A small percentage of my outside sales time is devoted to tasks that are incidental

18   but absolutely necessary to closing a sale, such as updating the bulletin board with sales goals for

19   my team, and deciding what efforts to make to bring in new accounts. For instance sometimes I

20   just walk into an establishment that I am driving by to give them a sales pitch. I also get a list of

21   local businesses from the Better Business Bureau to look through to identify potential new

22   customers.

23         13.    I regularly exercise my independent discretion and judgment in performing my

24   managerial duties. I believe that Fastenal affords me the opportunity to run the Bakersfield

25   location as if it were my own business. On a daily basis, I set the prices at whatever point I think is

26   appropriate, determine the schedules of the Outside Sales Representative, Outside Sales Trainee

27   and Warehouse Manager, determine what tasks need to be completed on a daily basis and delegate

28   those tasks to each of my employees and decide what inventory to bring into the store and how

1 much of each item.

2        14.    I also independently make decisions regarding which items to purchase to stock as
3 inventory for the store. Although Fastenal requires that certain items be stocked in the store,
4 beyond those limited items, I have discretion to decide what items to stock in the store and how
5 much of each item. I can order whatever item I choose up to $5,000, without any need for
6 approval, and am rarely questioned about my purchasing decisions.

7        15.    I also determine, in my discretion, the pricing of the items we sell, based on my
8 research and review of the local market for those items and our competitors' rates. I also monitor
9 and direct the efforts of the location's Outside Sales Representative and Outside Sales Trainee. I
10 ensure that my Outside Sales Representative's job is going smoothly. I monitor all of the inventory
11 in the store so that I can make sure that he has the products he needs to sell.

12        16.    I am ultimately responsible for overseeing that all of the company assets are cared
13 for and properly maintained, and that all assets, such as incoming and outgoing inventory, are
14 accounted for.

15        17.    I interview potential new employees. The decision to hire a new employee is made
16 by me, in conjunction with my District Manager and Regional Vice President. I can also make
17 recommendations to my District Manager regarding employees that I believe should be terminated.
18 I use my discretion to discipline employees as I see fit, without the need to get prior approval.

19        18.    It is my sole responsibility to determine the work schedule for the employees at the
20 Bakersfield location.

21        19.    I am also responsible for training new employees at the Bakersfield store. When a
22 new employee first starts working, I spend a good deal of my time training that employee—up to
23 two full days per week. Although the amount of time spent on training an employee decreases as
24 an employee gains experience, I am responsible for training, and do train, all of my employees on a
25 continuous basis.

26        20.    Prior to January 1, 2011, nearly all of the stores sales were derived from outside
27 sales. Since January, we have begun to push internet sales by teaching our current customers how
28 to use our internet site and by encouraging new customers to use it. Currently, about 3% of

1 | Bakersfield's sales come from the internet.

2 |     21.   I spend a small portion of my day on administrative tasks that are necessary to
3 | ensure that my store operates successfully. For instance, I spend a total of approximately 30
4 | minutes a day checking the balance of the cash in the store, ensuring that maintenance is performed
5 | on the delivery trucks and making collection efforts when necessary. I would never ask my
6 | employees to perform a task that I would not do myself so at some point I have done every task in
7 | the store, although I do not do them all on a regular basis. I enjoy being hands-on. I believe that
8 | all of these tasks are part of what it takes for me to operate my business.

9 | **Factors That Affect How I Spend My Time**

10 |     22.   My customer base is mostly agricultural so November and December, which are
11 | notoriously slow months for Fastenal due to the holiday season, are a busy time of year for the
12 | Bakersfield store. Because I want to grow my store and take advantage of my customer's busy
13 | season, I will spend more time out selling during November and December than GMs at other
14 | locations.

15 |     23.   When I talk about the Bakersfield store, I refer to it as "my business." I believe that
16 | Fastenal lets General Managers run their store and the District Manager only steps in regarding
17 | management issues if I request assistance.

18 |     24.   I have complete control over how I spend my time during the day, including if and
19 | when I take meal and rest breaks. I know that Fastenal has a policy requiring employees to take a
20 | 10 minute rest break every four hours and a 30 minute meal break if they work five hours or more.
21 | I take meal and rest breaks every day, and I determine, in my discretion, when I take my meal and
22 | rest breaks. I do not work during my meal or rest breaks.

23 |     25.   I have the flexibility to set my own hours and choose to work the hours I deem
24 | necessary in order to grow my store's sales. For example, even if I had another OSP assigned to
25 | my store, I would likely still spend 70% of my time on sales activities outside of the store because
26 | sales is one of my strengths and I choose to meet customers to increase my store's sales as much as
27 | I can.

28 |     26.   I have never had any complaints about my compensation while at Fastenal. Since

1  2007, I have always been paid a base salary of $39,000, plus commissions, and my total
2  compensation each year has been at least $55,000 per year.

3      27.    I have never been confused or misled by any of the wage statements I have received
4  while working for Fastenal.

5      28.    I enjoy the freedom the company provides me and appreciate that ability to run the
6  location as if it were my own.

7      29.    As GM, I understand that it is my duty to enforce Fastental's meal and rest period
8  requirements. I ensure that my employees take a thirty minute meal period before their fifth hour
9  of work and a ten minute rest break every four hours of work. I take my meal breaks every day
10  around 11:00 a.m. I usually take my meal breaks at the office, but I understand that I am permitted
11  to take my breaks in any location I choose.

12

13      Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and
14  correct.

15      Signed on October $\cancel{6}^{TH}$, 2011, at Bakersfield, California.

16

17                                                    Ron Levever

18

19  10148495.1 (OGLETREE)

20

21

22

23

24

25

26

27

28