**DECLARATION OF ZACK MCDONALD**

1.     My name is Zack McDonald. I am over the age of 18, and I am competent to give this Declaration.

2.     I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.     Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.     I am giving this Declaration voluntarily. Also, I understand and agree that Fastenal Company may use my Declaration in defending the <u>Deane</u> lawsuit.

5.     I am currently employed at Fastenal Company. My position is General Manager (GM) of the Fastenal Store in Taft, California.

6.     I first started working for Fastenal in June, 2008, as an Outside Sales Person ("OSP") in Bakersfield, California. I was promoted to General Manager ("GM") at the Taft store in November, 2009 where I am still the manager.

7.     My direct supervisor is Tony Arruda, my district manager ("DM"). He has been by supervisor since January 2010. Prior to that my district manager was Joe Pechota.

8.     My main job duty is to grow the business of my store. I do that primary by driving store sales. Our business is different from a typical retail outlet because the customers do not generally come to the store, we go to them. In my store, approximately 98% of sales are outside sales. Only about 1.5% of the sales are from walk-in customers and another less than 1% are internet sales. I spend my time going out to current and potential customer to help them figure out what they need and how I can get it to them. In order to accomplish this goal, I spend approximately 80% of my time my outside the store selling or performing sales-related duties. The number has varied throughout my tenure in Taft. When I started there it was about 80% of my time. It then dropped to 65 – 70% of my time and has now increased back to 80%. In addition to making my own sales, I am responsible for making sure that my two full time outsides sales personnel are also out of the store making sales and supervising the other three part-time employees. I currently also supervise a trainee outside sales person.

9.     During my tenure with Fastenal, I have learned that the company's philosophy and model is one of decentralized decision making.  I am in charge of my own store and I make my own decisions, exercising independent judgment on a daily and even hourly basis.  Every day is different and I have to make decisions about how to run the business, including solving problems from the time I begin each day until I end my day's work.  I do not need approval for most of what I do.  For example, I do not need to consult my DM for anything related to my purchase orders, except in rare circumstances.  I can only recall one time in the last four years when I needed to obtain DM approval for a purchase order.  My DM and Fastenal, trust me to make decisions about how I stock the store, delegate tasks, when I come to work, what hours my employees work, how and when I discipline my employees, how much fuel is consumed, and generally how I make sure that my store makes money to reach the sales goals that are expected.  Those sales goals are set and communicated to me by my DM on an annual basis.  I have some input in the process, but my DM provides information about sales expectation and store growth.  However, I get to determine the store's profit margins and how to meet the sales goals.  The profit margins are completely customizable by me as the GM.  I know that I can make more money with a larger profit margin on each item, but I can decide whether I want to focus on a larger profit margin or more sales.  In my store I have very few national accounts and they are not a substantial part of my business; in order to be successful, I must run at a higher margin than a store with a lot of contracted national account business.  Every store is different, each has a different customer base and a unique situation.

10.     I delegate many duties to the three part-time personnel in the store.  For example, although we have a person in our district dedicated to collections, I delegate the collection duties not done by that individual to my part-time employees.  Each of the three part-time employees work approximately 30 hours a week.  However, sometimes they work more and sometimes less.  I have the ability to regulate the hours they work.  While I know that I could save money by scheduling them for fewer hours, in the long run I do not believe that this will help me to grow my store's sales.  I appreciate that when they work more, I have more time to sell.  Therefore, I schedule them to work as many hours as necessary to cover the majority of in-store tasks that need to be done such as stocking the warehouse, stocking the trucks, cleaning, pulling product that is

1  sold, changing displays, cleaning and emptying the trash, putting together price quotes, tracking

2  and sourcing product, and doing the paperwork to raise customer credit limits.  The part-time

3  employees may also do deliveries if we are very busy.  Generally in the winter, the part-time

4  employees work less because we have less overall demand, and I therefore reduce their weekly

5  hours.  I am also involved in the hiring and firing process of part-time and full-time employees in

6  my store.  Generally my DM will do a screening interview after which I will meet with a potential

7  candidate.  I have always provided input regarding hiring personnel for my store and my advice has

8  never been ignored.  I understand that I also have the ability to terminate an employee's

9  employment, but I have never had to do so.

10       11.    My store's demand is largely driven by the particular customer base in the area.

11  About 80% of our customers are in the oil industry and 20% in the agricultural industry.  I am

12  aware that the customer base varies from store to store.  I even noticed a difference between the

13  store I worked at in Bakersfield and the one I currently manage in Taft.  Many of our customers,

14  particularly those in the oil industry, have specialized needs.  Therefore, I stock a number of

15  specialty items in the store.  I typically decide what to purchase on my own.  Unless a particular

16  product costs more than $1,000 I would not even advise my DM of my purchase decisions.  In the

17  case where the product exceeds $1,000 I will let my DM know of my decision, but he does not

18  determine what I purchase.  Moreover, if the vendor permits me to order products on credit, I can

19  make the decision to purchase any products without involving my DM in the purchase at all.

20       12.    There are some products that I am required to stock in the store.  However, the back

21  stock area of my store is completely customizable by industry at my discretion.  In my particular

22  store about 50% of the inventory is stocked based on corporate expectations, the other 50% is

23  stocked on my own.  Because so many of the items I stock are industry specific and/or customer

24  specific, I generally enter into agreements with the customer that I will stock three to six months of

25  their requested items.  If they should decide not to continue to use the item, or for some other

26  reason will not continue to purchase the item from us, the agreement requires the customer to

27  purchase the items I have stocked for them.  I do not know if this is the practice in other stores,

28  because this is an arrangement I have developed on my own.  My DM is not involved in

DECLARATION OF ZACK MCDONALD

1 | negotiating these arrangements.

2 |         13.     I speak with my DM approximately once a month.  During that meeting we talk

3 | about driving down inventory dollars, but that is more or less to make sure that we are not sitting

4 | on "dead inventory."  I can actually customize and/or purchase whatever I want for a customer and

5 | I do so regularly.  If a customer wants something we do not have and/or do not make, I need to

6 | decide whether to purchase it, where to purchase it and what to charge for it.  In my store, I often

7 | get requests for items that the customer needs within hours.  Therefore, even if Fastenal

8 | manufactures the part, if I do not have it, I might have to purchase it elsewhere to provide adequate

9 | customer service.  As long as I exercise good judgment, I am permitted to do this.

10 |         14.     I am responsible for the success of my individual store.  In the past three months, I

11 | have not even seen my DM.  I have not seen my Regional Vice President this year.  I am managed

12 | from a distance with a light hand.  It is my responsibility to make the store work.  In order to do

13 | this, I give direction to my employees and they look to me for what to do.  I am responsible for

14 | maintaining schedules, vacation time, sick logs and various other documents relating to the

15 | individuals who work under me at the store.  I also determine how customers are split between me,

16 | the two full time OSPs and the trainee OSP.  I am also assisting in training the new OSP and/or

17 | setting her up with training on-line and/or with the other OSPs.  As part of her training, the trainee

18 | OSP will go with me on sales calls.

19 |         15.     My DM and I have worked out how to manage certain aspects of the store.  For

20 | example, I have a "Manger's special" aisle that is stocked with specific items for the oil industry in

21 | my store.  My DM and I decided to do this together.  My DM listens to my ideas and we discuss

22 | them.  He does not generally tell me what to do.  We work together and come to an agreement

23 | where we both feel comfortable with the plan.

24 |         16.     While I do not have a typical day, week or month, I do have certain things I do on a

25 | regular basis.  I know that I always need to get out and sell.  I am currently out of the store 80% of

26 | the time.  I do some delivering and driving, but more than 50% of my total time is spent selling.

27 | Whenever I visit a customer I try to upsell.  I take out monthly flyers, promotional items and

28 | discuss products with both existing and potential new customers.  Every time I go out to a customer

1  I engage in selling.  There are times when I arrive and the decision maker is not available,  In my,

2  however,  experience this occurs less than 10% of the time.

3       17.     Whenever I have visited a customer for Fastenal, it has always been a sales call.  For

4  example, even if I am making a delivery, I am communicating with my client to tell them about

5  additional products or services we can offer, or otherwise building the relationship between the

6  customer and the store.  I believe that a lot of Fastenal's business is gained through the

7  relationships the GMs and OSPs build with their clients; therefore, every time I interact with the

8  customer, I am making sure that I am consolidating and building that relationship.  Whether I am

9  talking to a receptionist or the president of the company, every interaction I have with a customer

10  helps me build my relationship and is therefore integral to my sales efforts.

11       18.     As a GM, when I have not been outside the store on sales calls or engaged in

12  activities to directly support my sales activities, I have spent my time managing my store.  I do this

13  mainly through managing my employees, but also to a lesser extent by making sure the store is

14  maintained in good shape, and customer and employee needs are being met.

15       19.     I am also responsible for making sure that my Outside Sales personnel are doing

16  their jobs correctly.  I have a meeting with all of the store personnel monthly as well as a meeting

17  with only the sales personnel.  I do not know whether other GMs have these meetings because I

18  developed this plan on my own.  I decided to have monthly meetings and I let my DM know my

19  plan and asked for his feedback.  He supported my decision.  The monthly meetings generally last

20  from 45 minutes to an hour.

21       20.     I review sales at the monthly meetings with my team, but I also track everything on

22  boards in the office and above the desks in the store.  I review what OSPs are doing throughout the

23  day, week and month tracking a number of items including, sales dollars, new accounts, active

24  accounts, daily averages, goals, freight percentages, margins and how quickly we are collecting.  If

25  I perceive that there are any deficiencies, it is my responsibility to discuss those with the OSP.

26  However, I have rarely, if ever had to do this.

27       21.     I make decisions about which team member calls on which customers.  I have

28  created territories for my OSPs that are largely divided by customer industry.  My own customers

1    are primarily within quick driving distance from the store. I also include at least 5 or 6 of the top

2    accounts in addition to my other customers. The decisions about who calls on a particular

3    customer is driven by relationships. If an OSP tells me that he is not making progress with a

4    particular customer, I may step in myself or send another OSP in to build the relationship with the

5    customer because relationship building is so integral to the store's success.

6         22.    Fastenal has provided me with some training at the Fastenal School of Business and

7    at sales conferences, but I have found that I learned the most from my GM when I was an OSP.

8    There is no guidebook for daily operations, although we are provided with guidance on basic things

9    such as how to use the computer system and how to submit reports. I also create weekly routes and

10   routines for myself and my OSPs. However, I can and do deviate from those routines. In addition,

11   the routines are largely created based on customer needs which I determine in conjunction with the

12   customer. I work with the OSP to create a schedule making sure that the needs of all of the store's

13   customers are met. I visit some customers, monthly, others weekly and some multiple times in a

14   week depending on their needs and requests.

15        23.    Although every day is different, I typically spend more time in the store on

16   Mondays than on any other day. That is because on Mondays I approve employee time cards/hours

17   and get back to people who have left requests over the weekend. I may spend as much as 2 hours

18   in the store on a Monday morning, although from Tuesday to Friday I typically spend between 30

19   minutes and an hour. I also meet with my team at least briefly on a daily basis. We do not sit

20   down each day to talk, but I check in with everyone to see how things are going and make sure that

21   all of my employees have what they need. Throughout the day I check in with my team and I also

22   check to see whether I have received questions or messages. I often delegate the response to those

23   messages to part time employees or OSPs, but sometimes I will respond on my own.

24        24.    At the end of the day I will spend at least 30 minutes in the store following up on

25   messages and orders and organizing as needed. I check e-mail messages and cut-off times for

26   distribution center to make sure that things are ordered in time. I make sure that all orders have

27   been timely placed whether I place the orders on my own or I delegate this task. I like to do this

28   last minute work on my own, even though I could choose to delegate it, because I want to make

1   sure it is done right. I also take some customer calls throughout the day if I happen to be in the

2   store. I try to avoid these calls, but sometimes the employees need my help because I have a

3   broader knowledge base than they do. I generally spend somewhere between 15 and 45 minutes

4   during the course of a day on customer calls. In terms of assisting walk-in customers, this varies

5   wildly from day to day. On many days I spend no time with in-store customers. On other days I

6   may spend as much as 30 or 40 minutes total. All of my staff are trained to deal with customers

7   and they only come to me when they need assistance with respect to specialty requests. The daily

8   schedule in the store is something I plan on my own. My DM does not have any say in this daily

9   schedule. He lets me run the store the way I want to. He may throw out ideas, but he would only

10  suggest changes if the current schedule did not appear to be working.

11          25.     I take a thirty minute lunch break daily, but I do not take it a set time. I decide on

12  my own when to take it and take lunch whenever it is most convenient for me on any particular

13  day.

14          26.     Although I have attempted to quantify how I spend my work time as explained

15  above, in reality it is very difficult for me to quantify how I spend my working time, because I am

16  often multi-tasking, and because I consider every activity I do at work to relate either directly to

17  my outside sales activities or to the management and training of my employees. Therefore, I

18  consider all of my time to be spent either on outside sales or employee management.

19          27.     Fastenal is an extremely decentralized company. Indeed, it is one of the aspects of

20  my job that I like the most, that I am given freedom and authority to run my store as if it was my

21  business and as I see fit. Although there are some very general guidelines provided by the

22  company, I and sometimes my DM and I make all of the decisions regarding how to run my store

23  on a daily basis using my own independent judgment and discretion. Fastenal is set up so that the

24  GM position is really what an individual chooses to make of it.

25          28.     As a GM, I have always earned more than $455 per week, including both my base

26  salary and commission payments. I am eligible for commissions based on the sales volume and

27  profit margins for my branch. My pay statements are easy to read and have accurately recorded all

28  my earnings. I believe I have received all compensation owed me by Fastenal.

1

2      Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and

3  correct.

4      Signed on June 18, 2012, at Taft, California.

5

6

7                                  Zack McDonald

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF JONATHAN E. MORENO**

2       1.      My name is Jonathan E. Moreno.  I am over the age of 18, and I am competent to

3    give this Declaration.

4       2.      I have personal knowledge of all the facts below, and to the best of my knowledge

5    they are all true and correct.

6       3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I

7    made any changes to the Declaration that I wanted to make.

8       4.      I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal

9    Company may use my Declaration in defending the <u>Deane</u> lawsuit.

10      5.      I am currently employed at Fastenal Company.  My position is General Manager

11   (GM) of the Fastenal branch in Berkeley, California.

12      6.      I have been a GM since early 2009.  In my position, I report to Steven Salfi, who is

13   the District Manager.

14      7.      Before becoming a General Manager, I initially worked for Fastenal in a part-time

15   support position at the Richmond, California branch, beginning in May 2007.  In September 2007,

16   I went into an Outside Sales Person (OSP) position at the San Rafael, California branch until April

17   2008 when I came to the Berkeley branch as an OSP.  In early 2009, when the then-GM of the

18   Berkeley branch went out on leave, I went into an "acting" GM position.  In late 2009 or early

19   2010, the company changed my status to GM of the Berkeley branch.

20      8.      During the course of my employment with Fastenal, I have participated in a number

21   of course offerings through the Fastenal School of Business.  I have taken some of these courses at

22   company headquarters in Minnesota, some in the Company's Modesto, California location, and

23   some online.  Many of the trainings have covered technical topics, such reading and sizing

24   fasteners, inspecting parts to determine whether there has been proper usage or failure, engineering,

25   reading CAD drawings and blueprints, and plating specifications.  I have found the courses to be

26   very helpful in all of my positions with Fastenal, including the GM position, because in order to

27   run a successful branch I need to understand the many products offered through the Company as

28   well as to have the technical background to be able to respond to customers' requests for custom

1  products.

2       9.     My branch is considered to be a large branch; in 2010, it was third in sales volume

3  in California. The branch is still in a growth phase, as it is only a five-year old branch, and I do not

4  expect it to be in a maintenance stage for another 10 years. We have only two percent of market

5  share at this point so there is tremendous potential to grow the branch's sales. Based on what I

6  have learned from working in other Fastenal branches and from reviewing the monthly sales

7  reports the Company makes available on an internal system as well as monthly sales data provided

8  by my DM, there is a lot of variation in sales volume among the different stores, with some

9  branches doing only $5,000 per month in sales. At the other end of the spectrum, my branch will

10  likely close out at nearly $250,000 in monthly sales. In my experience at Fastenal, a higher sales

11  volume leads to a greater number of employees who will be hired to work at the branch, and thus

12  an increased level of management and oversight of those employees for the GM.

13       10.     Based on my experience working at Fastenal, staffing levels vary from branch to

14  branch, directly related to the sales volume of a given branch. For example, when I was in the OSP

15  position at the San Rafael branch, I was the only OSP because the sales volume of that branch only

16  averaged roughly $20,000 to $30,000 per month and thus did not warrant a second OSP.

17       11.     My branch does a lot of manufacturing for customers, such as making custom

18  platings. We also import specific parts for particular customers. I make the decisions regarding

19  what parts to manufacture and import (or not), based on my determination whether it will be cost-

20  effective to do so. At my discretion, I have entered into one-year contracts to provide certain of

21  these manufacturing customers semi-standard parts, meaning there will be a Fastenal part number

22  (as opposed to a product that comes directly from another vendor), but it is sold only at the

23  Berkeley location for that particular customer.

24       12.     Our customer base ranges from small contractors coming into the branch to buy a

25  few screws to those customers for whom we have special bins stocked with custom items just for

26  their needs. Our smallest accounts spend around $200 to $500 per month, while our larger

27  accounts spend $100,000 per month.

28       13.     I have the discretion to determine product offerings for the Berkeley branch; the

1   products which will be offered are all based on my evaluation of customer needs. So long as the

2   branch can make a profit, we will find or make a part for the customer, including making one-off

3   parts for major customers. It is part of my job as GM to figure out how to meet such customer

4   needs and then determine if my store will take the steps to do so.

5          14.     This is a very self-motivated business where, as a GM, if you don't keep up, you fall

6   off. In my view, Fastenal sets itself apart from its competitors by way of its customer service. In

7   my experience with the company and the opportunity they provide to GMs, I have been able to go

8   from a part-time support position at the company to running one of the biggest branches in

9   California in four years. In order to make the most of my opportunities, I do things such as making

10   sure that I constantly keep up with the industries of my major customers, particularly in the solar

11   industry. That way, I often can tell my customers what's new even before they know, which helps

12   to build sales.

13          15.     At the time I moved into the GM position in 2009, sales were lower than current

14   levels and I encountered certain customers who were not happy with service levels under the prior

15   GM. On my own initiative, I worked to repair key customer relationships. I also determined what

16   steps would be most effective in each case to re-build the relationships. In one case, I resurrected

17   an account with a local university and re-educated the customer on Fastenal and all the offerings

18   we provide. I am currently negotiating with this customer on putting in MRO Fastenal vending

19   machines across the campus. With another account, I rebuilt rapport with a customer that had

20   stopped ordering all but a few cans of spray paint such that now I am handling fasteners and

21   chemicals for them and I am starting to get that customer to also purchase safety items.

22          16.     These changes came about soon after I became GM because I happened to drive by

23   a company that I recognized as one of my branch's accounts yet I noted there had been little recent

24   sales activity. I decided to start stopping by this company and talk to their purchaser. I let him

25   know that while I was new to the branch, I was not new to the company and wanted to find out

26   how I could be of service. I kept after the customer and made sure they got what they needed when

27   they needed it. I gave the customer my cell phone number and let them know if they need a part I

28   will get it to them whenever and wherever they need it, and I have followed through on that

1   promise.  I also see to it that everything delivered to the customer is in a Fastenal box so they are

2   reminded to check with us for any other needs.  All this effort paid off because this particular

3   customer went from orders of $300 a month to $30,000 a month and is growing.  I developed this

4   customer relationship through my own initiative without having to seek authorization from my

5   DM.

6          17.     When I went into the GM role, at my suggestion, the company remodeled the

7   branch.  I attribute the branch's ten-fold growth in large part to that renovation.  I also took the

8   initiative to put in place a new process to organize the branch in a manner dictated by customer

9   needs as this is critical to delivering customer service, in my view.  I made the decisions regarding

10  how to re-organize the branch on my own.

11         18.     I am responsible for the day-to-day operations of the Berkeley branch.  While every

12  day is different, it is always my responsibility to make sure daily operations proceed in a manner

13  that will meet customer needs.  As there is no one else to be responsible for the daily operation of

14  the branch, and that responsibility belongs solely to me, if I do not constantly oversee the store

15  operations, there would likely be serious customer service problems that would hurt my store's

16  sales.

17         19.     Because I am responsible for the success of my branch, and sales are the lifeblood

18  of my branch, my main job duty is to drive sales.  I do this mostly by personally servicing

19  customers through outside sales calls and other tasks, such as product sourcing and follow-up

20  communications, that are directly related to my outside sales calls.

21         20.     The bulk of sales in my branch are outside sales that come through my efforts.

22  Fastenal's model is to have the GM drive customer growth.  Based on my experience at Fastenal,

23  the GM has sales responsibility for the top 10 to 15 percent of branch customers.  I am responsible

24  for these large customers because providing them proper service requires my greater experience

25  and expertise, greater knowledge of company products and how to find products, and business

26  acumen.  Some of the branch's largest customers are located in the Philippines and I handle sales

27  orders for these customers via e-mail and purchase orders.  For example, as GM I have the

28  authority to make stocking decisions that the OSPs do not have.

1    21.    In order to make sure that I am driving sales, I spend 80 percent of my workday

2  away from the branch making outside sales calls. I spend this time visiting customers, speaking

3  with customer representatives, searching for sales opportunities, negotiating terms for orders,

4  negotiating contracts, getting customers to sign orders, and building customer relationships.  In the

5  industries my branch serves, going to the customers' place of business on a regular basis is critical

6  to sales.  Therefore, although I sometimes delegate deliveries, I find that making deliveries to my

7  key customers myself is the best way to make sure that the customer is happy with the order and,

8  most importantly, to find out what else the customer may need and to suggest other products to the

9  customer.  Therefore, making deliveries, and the conversations I have with my customers while

10  making the deliveries, is key to my outside sales.

11    22.    My major customer is a solar company that is on the leading edge in that growing

12  industry and I deal with other solar companies as well.  Currently in the solar industry, I am

13  working with customers involved in big projects such as power plants and military and government

14  installations.  I am currently dealing with three large national projects for my Berkeley-based

15  customer.  Because of the relationship that I have developed with this customer, we are currently in

16  discussions over making Fastenal a global partner for the company.  Due to the knowledge I have

17  gained as GM of the Berkeley store regarding the industry, even Fastenal branches outside

18  California have sought my help and expertise in marketing and selling to the solar industry.

19  Developing and growing the business with this solar company is another example of my ability to

20  use my discretion and independent judgment to build customer relationships, particularly as here

21  with a strategic customer of such importance to my branch and to the company.  For this type

22  customer, my role is to act as the sales representative.  It is my responsibility, rather than that of the

23  OSPs to handle major customers like this that I and the company have determined to be strategic

24  customers.

25    23.    In order to maintain and grow my relationships with the branch's big accounts, I

26  need to make sure that we continue to offer our customers the best products we can, and to look for

27  ways to find other products for them and to stay on top of their needs.  For example, if a particular

28  part becomes unavailable, I make sure the customer knows we can offer them another part that

1  meets their needs, even if I have to find a way to get it manufactured for them. I watch for changes
2  in orders and then follow up with the customer.

3      24.     I have discretion to give customers discounts based on volume, however, at the end
4  of the day I have to support the numbers and have to be profitable. In this regard, being a GM is
5  akin to running your own business.

6      25.     In addition to making outside sales calls and following through on the orders
7  negotiated through those calls, my other major responsibility is to supervise my employees. In
8  addition to myself, there are three employees at the Berkeley branch and I directly supervise all of
9  them. There is one full-time OSP and one full time sales support employee and one part-time sales
10 support employee. I assign tasks to my employees, set priorities for them, and let them know what
11 events and plans are on the horizon. I always conduct monthly staff meetings, and I additionally
12 meet with employees more often if needed, as issues arise. No one dictates how I manage day-to-
13 day operations and I use my judgment and discretion in deciding how to make the branch operate
14 smoothly. I oversee the sales support employees and the OSP and I make decisions about ordering
15 parts based on that oversight. The DM stops by the branch only every few months though I do
16 communicate with him via telephone and e-mail if needed. The bottom-line is that I am
17 responsible for the branch's performance and the only way to stay on top of that is to take
18 responsibility for what goes on in the branch.

19     26.     I have discretion to, and do, work with my branch employees to provide training,
20 evaluation and mentoring. For example, I recently have been sending my part-time employee out
21 on calls with the OSP in order to learn selling techniques. I also take the part-time employee out
22 on my sales calls with me so that he can see directly what I do. I also mentor and coach the OSP,
23 evaluating where he is with his sales goals and giving him input as to where he needs to be. I also
24 schedule and conduct monthly "recap" meetings with all the branch employees to look back at the
25 month just ended to see how the branch performed and to look forward to what improvements can
26 be made for the next month. I instituted the monthly recap meetings based on management skills I
27 developed in prior manager positions. My DM does not attend these meetings or set the agenda for
28 these meetings, or even determine if the meetings take place.

27.    My role as GM of the Berkeley branch differs significantly from the other employees of my branch because I am the person ultimately responsible for the branch's success. It is up to me to manage the branch and to ensure all employees are meeting sales goals. Also, I am solely responsible for sales involving the larger strategic customers of the branch. I also determine how to delegate sales tasks involving other branch customers to my employees.

28.    My daily schedule invariably changes based on customer needs and I alone decide when and how to modify the timing and sequencing of my day. Depending on customer needs, I spend some days just sourcing needed products and looking around for the best price availability. At the end of the day, I review what happened during the day, see if any product sourcing remains to be done, and check in with my OSP to see if he has sales needs that require my attention. It is my responsibility to see that all is in order to close up the branch at the end of each day.

29.    As the GM, because the company expects me to run the store like it is my own business, I have both the authority and responsibility to run almost every aspects of the operations of my branch as I see fit. I use my independent judgment and discretion in almost every decision I make, and the company allows and encourages me to do so.

30.    Because I have complete control over my schedule, I am free to take rest and lunch breaks throughout the day if and when I want to. If I ever choose not to take a meal or rest break, or work during my meal break, it is completely my choice. No one has ever told me not to take a meal or rest break or prevented me from taking a meal or rest break.

31.    As a GM, I am compensated at a base salary of greater than $2,773.33 per month and greater than $455 per week. I am eligible for commissions based on the sales volume and profit margins for my branch. Commissions vary widely based on sales in a given month. I believe I have received all compensation owed me by Fastenal.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct.

Signed on June 14 , 2011, at Berkeley, California.

Jonathan E. Moreno
Case No. CV11-0042 SI (DMR)

**DECLARATION OF JONATHAN E. MORENO**

## DECLARATION OF RYAN REILLY

1.      My name is Ryan Reilly. I am over the age of 18, and I am competent to give this Declaration.

2.      I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.      I am giving this Declaration voluntarily. Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5.      I am currently employed at Fastenal Company. My position is General Manager (GM) of the Fastenal Store in Santa Rosa, California.

6.      I first started working for Fastenal in 2003, as a part-time support person, in Denver, Colorado. I was promoted to an Assistant General Manager after a few months, and promoted again to the General Manager position in the Fall of 2004, in the Denver store. I was the GM in Denver until August 2006, when I decided to move back to California. Because there were no GM positions available at the time of my move, I went back to the Assistant GM position for a few months. I became the GM of Fastenal's Fairfield store in November 2006. I remained the GM in Fairfield until May 2011, when I transferred to be the GM at my current location in Santa Rosa.

7.      My direct supervisor is Steve Salfi, my district manager. Steve was also my supervisor and district manager when I was the GM in Fairfield.

8.      My main job duty has been the same the entire time I have been a GM with Fastenal, and it has been to run the operations of my store, by managing my employees, growing the store sales, and managing the store operations. Because Fastenal is a sales company, one of the main aspects of managing my store throughout the time I have been GM has been to oversee and be responsible for driving the sales of my stores. How I have spent my time in order to drive sales has, however, varied among the stores I have worked at, due to the differences in the customers the stores have serviced.

9.      When I was in Fairfield, as the GM, I was responsible for calling on about 40 core

1

1    accounts.  Although I called on some large accounts, I did not call on any single account that

2    provided the majority of the store's sales.  In order to properly service all of these accounts, I had

3    to spend the majority of my time on outside sales calls actually visiting my customers.  Therefore,

4    when I was the GM in Fairfield, I spent at least 50%, and often 60%, of my work time, outside the

5    store making sales calls to my customers.

6         10.    In Santa Rosa, the make-up of the customer base is very different, as there is one

7    single customer account that makes up a majority of the store's sales.  This customer not only

8    makes a large portion of the store's sales, but it also requires a lot of individualized attention.

9    Therefore, rather than splitting my time among 40 accounts as in Fairfield, in Santa Rosa I spend

10   most of my work time addressing the needs of this single account.

11        11.    In order to meet my customer's needs in Santa Rosa, I usually have to go on a sales

12   call to the client almost every day of the week, if not every day.  Each time I visit the client, I am

13   usually at the site for a minimum of two hours, and am often there much longer.  In addition to the

14   time I spend at this client, I usually spend a few more hours each week visiting my other clients.

15        12.    Although I am not physically outside the store making sales calls as much in Santa

16   Rosa as I was in Fairfield, I actually dedicate more of my time in Santa Rosa to supporting my

17   outside sales, because I spend most of the time I am in the store preparing for and following up on,

18   and doing other activities essential to, my outside sales calls.  To that end, I am in almost constant

19   contact with my client representatives, either by phone or email, answering their questions related

20   to my outside sales calls and informing them of additional products and services the store can offer.

21        13.    In addition to communicating directly with my client contacts, I also spend a large

22   amount of time sourcing products for my customer.  My customer manufactures complex valve

23   systems for health and bio-medical companies and therefore often needs parts that are not normally

24   carried by Fastenal or easy to locate.  As a consequence, I often have to spend a significant amount

25   of time locating sources for products that my customer needs, and then determining from whom the

26   product should be purchased and at what price.

27        14.    Whenever I have visited a customer for Fastenal, it has always been a sales call.  For

28   example, even if I am making a delivery, I am communicating with my client to tell them about

1   additional products or services we can offer, or otherwise building the relationship between the

2   customer and the store.  I believe that a lot of Fastenal's business is gained through the

3   relationships the GMs and OSPs build with their clients; therefore, every time I interact with the

4   customer, I am making sure that I am consolidating and building that relationship.  Whether I am

5   talking to a receptionist or the president of the company, every interaction I have with a customer

6   helps me build my relationship and is therefore integral to my sales efforts.

7         15.     As a GM, when I have not been outside the store on sales calls or engaged in

8   activities to directly support my sales activities, I have spent my time managing my store.  I do this

9   mainly through managing my employees, but also to a lesser extent by making sure the store is

10  maintained in good shape, by making sure the store is clean and inventory is being maintained and

11  put away.

12        16.     Managing my employees, so that they can grow professionally and therefore grow

13  the sales of the store, is key to the success of my store and therefore a key job responsibility.

14  Because training my employees is so important to my store's success, I spend a majority of my

15  work time managing my employees.  I am constantly training my employees, providing them

16  feedback and guidance, answering their questions and coaching them.  I have these interactions

17  with my employees constantly throughout the day, and I use every interaction with my employees

18  to mentor, coach and train them. It is hard for me to quantify how much time I spend on training

19  my employees, because I do it throughout each day, in a number of different ways.  However, I

20  have probably always spent at least 50% of my work time in activities relating to training my

21  employees, including coaching them, providing them feedback, mentoring them, and directly

22  training them.

23        17.     Another aspect of my training of employees is to go on customer visits with my

24  OSP.  I do this so I can evaluate my OSP's performance and give him feedback and coaching, and

25  also so that I can use my presence in front of the customer to further the relationship between the

26  customer and the store.

27        18.     Although I have attempted to quantify how I spend my work time as explained

28  above, in reality it is very difficult for me to quantify how I spend my working time, because I am

3

1   always multi-tasking, and because I consider every activity I do at work to relate either directly to

2   my outside sales activities or to the management and training of my employees. Therefore, I

3   consider 100% of my time to be spent either on outside sales or employee management.

4        19.    In the Fairfield store, I generally supervised one full-time outside sales person

5   (OSP) and one part-time support person. In Santa Rosa, until recently I supervised two full-time

6   OSPs and one part-time support person. One of my OSPs recently transferred to another store, and

7   my part-time person was converted to a full-time inside sales manager position.

8        20.    Walk-in customer traffic is not a very large part of my store's business. On average,

9   the Santa Rosa store only gets about five walk-in customers per day. The Fairfield store was

10  busier, but still only got about 10 walk-in customers per day.

11       21.    At least 90% of all decisions that are made regarding how my store should be run

12  are made by me, based on my own independent judgment and discretion.

13       22.    I rarely get directives from my DM on how I am supposed to do my job. Rather,

14  although I consult with my DM and get his advice and perspective on how to handle situations, I

15  am generally free to decide whether I am going to take his advice or not, and can make my own

16  decisions regarding how to handle any situation that arises at my store.

17       23.    Other than hiring and firing employees, and making very large purchases (over

18  $5,000), there are no other decisions related to the daily operations of the store, servicing

19  customers, or managing my employees that I need my DM's approval to make. Again, although I

20  may choose to consult my DM to get his opinion and guidance, I am not required to ask for his

21  opinion or follow it. Moreover, my DM has never refused the approval I have sought to make a

22  decision related to my store. Although he has asked me to justify my decisions on occasion, he has

23  never not allowed me to do something I wanted to in regards to my store.

24       24.    As long as my store remains profitable, my DM and the company essentially leave

25  me alone and let me make the decisions I want to make to run the store. It is my job as GM to do

26  whatever I need to and make the decisions I need to make to meet the needs of my customers. To

27  that end, I can buy whatever products I want to, from wherever I want to meet the needs of my

28  customers. Similarly, I can decide what price to charge for most sales, if I think it will be beneficial

1  to the store.

2      25.    I am also fully authorized to manage my employees, including not only training and
3  coaching them as noted above, but assigning them tasks, setting their work schedules, counseling
4  them, and evaluating their work.  Also, although my DM approves all hiring and firing decisions, I
5  always participate in those decisions, and as far as I know my DM has always followed my
6  recommendations in regard to hiring and firing.

7      26.    Fastenal is an extremely decentralized company.  Indeed, it is one of the aspects of
8  my job that I like the most, that I am given freedom and authority to run my store as if it was my
9  business and as I see fit.  Although there are some very general guidelines provided by the
10  company and my DM, I make all of the decisions regarding how to run my store on a daily basis
11  using my own independent judgment and discretion.  Fastenal is set up so that the GM position is
12  really what an individual chooses to make of it.  GMs are given the discretion and authority to run
13  stores as they want, and choose how they will be successful.

14      27.    As a GM, I have always earned more than $455 per week, including both my base
15  salary and commission payments.  I am eligible for commissions based on the sales volume and
16  profit margins for my branch.  My pay statements are easy to read and have accurately recorded all
17  my earnings.  I believe I have received all compensation owed me by Fastenal.

18      Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and
19  correct.

20      Signed on June 8, 2012, at Santa Rosa, California.

23  _____
Ryan Reilly

25  12517337.1 (OGLETREE)

1

## DECLARATION OF SCOTT ROBB

2      1.      My name is Scott Robb.  I am over the age of 18, and I am competent to give this

3   Declaration.

4      2.      I have personal knowledge of all the facts below, and to the best of my knowledge

5   they are all true and correct.

6      3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I

7   made any changes to the Declaration that I wanted to make.

8      4.      I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal

9   Company may use my Declaration in defending the <u>Deane</u> lawsuit.

10      5.      I am currently employed at Fastenal Company.  My position is General Manager

11   (GM) of the Fastenal Store in Gilroy, California

12      6.      I have been a GM for approximately four years.  In my position, I report to Joe

13   Pechota, who is the District Manager.

14      7.      I began working for Fastenal almost five years ago, as an Outside Sales Person

15   (OSP) in Auburn, California.  I worked as an OSP for about one year before being promoted to the

16   GM position in Gilroy.

17      8.      Since I have been the GM in Gilroy, I generally have supervised 2 or 3 employees.

18   I have always supervised one full-time OSP.  Additionally, I have supervised either one full-time

19   inside sales representative or 2 part-time support employees.

20      9.      The sales territory for the Gilroy store has changed twice since I became the GM.

21   As the store's sales grew, two additional stores were opened to cover the original territory for the

22   Gilroy store, in Hollister and Morgan Hill.  Each time a new store opened, the sales of the Gilroy

23   store would decrease for a time.  However, as my commission as a GM is based on store sales,

24   each time a new store opened in my territory, I was given a transfer commission for one year,

25   meaning that I was given credit for sales that were presumably taken away due to the opening of

26   the new store.

27      10.      As the GM, I determine how accounts are divided between my OSP and me, as we

28   each have certain accounts assigned to us.  My DM approves any account assignment or change,

but I am the one who decides if and how a change or assignment should be made.  I use my own independent judgment and discretion to make such decisions.  I usually have responsibility for 8 of the store's top 10 biggest accounts, and generally handle 30-50 of the store's total accounts.  My OSP will generally handle 130-150 accounts.

11.     Fastenal's management model is very decentralized.  Therefore, as the GM, I am given the freedom and authority to run my store how I see fit to make sure it is profitable.  My DM provides me advice when I seek it out, but there is very little, if anything, that I need my DM's approval on before making a decision that impacts the store's operations or sales.

12.     As the GM, my primary job duty is to make and grow sales for my store.  Fastenal is a sales company, and therefore sales is the most important duty of each employee.  In addition to making sales, my other main job duty is managing the employees and operations of my store.

13.     A lot of employees have been promoted from my store to work in other stores, which has resulted in me having a lot of new employees come through my store.  This has impacted how I spend my time because each time a new employee is hired, I have to spend a significant amount of time training that employee.

14.     There is no typical day at Fastenal.  Rather, each day is different, depending on the needs of my customers.   However, I usually spend the majority of my time engaged in outside sales activities, which involves both going to customer locations for visits and performing preparation and follow-up to those sales calls.

15.     I generally spend less than 20% of my workday engaged in routine tasks related to the maintenance of the store, such as assisting walk-in customers, answering phones, receiving inventory, and preparing product for delivery.  I spend about 30 minutes per day assisting walk-in customers and/or answering telephone calls from non-account customers.  I believe that, due to its location and the fact that it is an established store, my store gets more walk-in traffic than most Fastenal stores, which do not have much walk-in traffic at all.

16.     I spend very little time doing collections or cleaning the store.  I generally delegate collections to one of my part-time support employees, and there is an employee who assists with collections for all of the stores in my District Manager's district.  Between those individuals, they

Case No. CV11-0042 YGR

take care of most collections, so I spend very little time doing those tasks. Similarly, cleaning the store is not something that takes a significant amount of time, for either me or my employees. Although we all share cleaning duties, it is not something that takes any significant amount of time, and it is not a high priority item for anyone – selling is much more important.

17. I spend at least 50% of my work time actually visiting customers and potential customers on sales calls. Although I often will deliver product when I visit a client, I consider every client interaction to be a sales call, as I am always trying to educate my clients about what different or additional products and services Fastenal can provide and trying to upsell to my clients. I stress to my OSP, and always remind myself, that every client interaction should be treated as a potential sales opportunity, and that there are no simple deliveries.

18. In addition to the time I spend actually visiting clients, I also spend additional time in the store preparing for and following up on my customer visits, and engaged in activities that are incidental but essential to my outside sales. This includes corresponding with my customers via email and telephone regarding questions that came up during a visit, or following up on an order or otherwise answering a question or product inquiry from a client. I also spend time sourcing product and preparing quotes. Sourcing products can take a significant amount of time, if it requires purchasing from an outside vendor, as this requires contacting a number of different vendors and researching price and availability.

19. As the GM, I have authority to source products from wherever I want to. As long as my store is profitable, I am given the freedom to make decisions regarding what prices to pay for items, where to purchase them from, and what prices to charge my customers for them. Similarly, I can also determine what inventory to stock in my store. Although some of the inventory is mandated by the company, I am free to stock whatever products I think my customers will purchase. If the product is not turning fact enough, my District Manager may discuss the issue with me, but I do not need my District Manager's approval to purchase inventory.

20. I am responsible for delegating tasks to my employees, for evaluating their work and providing them feedback, and for informally counseling them. I provide a lot of feedback and guidance to my employees, as I am consistently conversing with them throughout the day to

1  answer their questions or provide them advice.

2      21.     I also have a say in hiring and firing employees for my store.  Although my District

3  Manager approves all hirings and terminations, I always interview candidates to work in my store

4  and make recommendations to my District Manager.  My District Manager generally accepts my

5  recommendations regarding who to hire.  Similarly, my District Manager generally accepts my

6  recommendations regarding termination decisions.

7      22.     In addition to participating in hiring for my store, I also often assist in hiring for

8  other stores in my district, as I conduct initial or second interviews of potential candidates and

9  make recommendations to those GMs or DMs.

10      23.     Ever since I have been a GM at Fastenal, I have always earned at least $455 per

11  week.  I am paid both a base salary and commissions.

12          Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and

13  correct.

14          Signed on June 4, 2012, at Gilroy, California.

15

16

17                                                    Scott Robb

18  12499308.1 (OGLETREE)

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF TOM SAILORS

1.      My name is Tom Sailors.  I am over the age of 18, and I am competent to give this Declaration.

2.      I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.      I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal Company may use my Declaration in defending the <u>Deane</u> lawsuit.

5.      I am currently employed at Fastenal Company.  My position is General Manager (GM) of the Fastenal Store in Fresno, California.

6.      I have been a GM since January 2010.  In my position, I report to Joe Pechota, who is the District Manager.

7.      I began working for Fastenal over 15 years ago.  I have worked for Fastenal in Utah, Washington, and California.  In January 2007, I was working for Fastenal as a Regional Operations Manager.  I worked in that position until September 1, 2009, when I started working as an Outside Sales Person (OSP) in Fresno.  I worked as an OSP until January 2010, when I became the GM in Fresno.

8.      I am completely in charge of my store.  It has been made clear to me throughout my career with Fastenal that the GM is the person ultimately responsible for the operation of the store and for the store's performance. As GM, I have to make sure that my employees operate up to performance expectations and that everything in the store is operating in a way to make the store successful.

9.      In addition to myself, there are two full-time OSPs employed at my store.

10.      One of my main job responsibilities is to drive sales, and to make sure that both my OSPs and me are taking the proper steps to make the most and best sales possible.  In order to do this, I continuously monitor the store's performance numbers, and analyze the prices of our products and adjust them accordingly to make sure that my store is competitive.

11.     I determine my work schedule each day, both the hours that I work and what tasks I do during my work hours. No one tells me what hours to work or how to fill my days but I do need to make sure the store is open between 7:00 a.m. and 5:00 p.m. The needs of my customers and my employees are the biggest determinants of my work schedule each day.

12.     As the GM of the store, it is very important to me that my employees have everything that they need to be successful, both in terms of training and tools. Therefore, I spend a significant amount of my work time with my two OSP's, by meeting with them one-on-one to provide guidance and discuss sales strategy, going along with them on customer calls to observe their performance and offer ideas and strategies, or communicating informally with them on a continuous basis to answer their questions or offer feedback. I spend about 10-20% of my work time mentoring, communicating, guiding, and supervising my employees.

13.     I am responsible for evaluating the performance of my employees. I do this formally on an annual basis and continuously on an informal basis by providing them with feedback. If necessary, I have authority to counsel and discipline my employees. I can also recommend hiring and firing decisions regarding employees. Although my District Manager approves all hiring and firing decisions, my recommendations on both hiring and firing have always been followed. For example, I decided to try to have an employee transfer from another store to my store and this was supported by my DM.

14.     Because Fastenal is a sales-driven company, and sales are key to the success of my store, I spend 50% of my work time on outside sales calls, during which time I visit the store's most important customers in order to discuss new sales, negotiate terms of potential orders, negotiate contracts, and get customers to sign orders. In addition to this time that I spend at customer locations making outside sales calls, I also spend additional time on activities incidental but essential to completing my outside sales, such as sourcing product, placing orders, and otherwise making sure that orders get filled and properly delivered to the customer.

15.     To promote sales I organize specials and one day sales events. I also try to develop relationships with local customers and vendors.

16.     As well as managing my employees and doing outside sales activities, I spend my

1 | other work time doing administrative tasks necessary to run the store or to support my outside sales
2 | activities, such as receiving product and preparing it for delivery, cycle counting to maintain
3 | inventory levels, and reviewing and analyzing reports relating to store performance in order to
4 | ensure that my store is meeting performance expectations and goals.

5 |      17.    I use my own independent judgment and discretion all of the time while I am
6 | working.  I am the person responsible for determining the inventory to carry in my store, and I can
7 | carry whatever inventory I determine will best meet the needs of my customers.  I can, and do, also
8 | determine what price at which to sell products to customers, based on what I think will make for
9 | the best sale for the store.   I also make decisions about how much time to spend with different
10 | customers.  This is important because it is my job to make sure we meet the goals we have for each
11 | account and that we focus, organize and prioritize appropriately.

12 |      18.    I often have to solve issues where a product has not been shipped properly or there
13 | is a miscommunication.  If necessary, I resolve these issues by re-shipping it at our cost or
14 | discounting the sale.  I make a judgment call depending on the inconvenience to the client, the type
15 | of customer and the cost.

16 |      19.    Because I have complete control over my schedule, I am free to take rest and
17 | lunch breaks throughout the day if and when I want to.  If I ever choose not to take a meal or rest
18 | break, or work during my meal break, it is completely my choice.  No one has ever told me not to
19 | take a meal or rest break or prevented me from taking a meal or rest break.

20 |      20.    As a GM, I have always been paid a base salary that exceeds $455 per week.  I am
21 | also eligible to receive bonuses or commissions based on the sales volume of my store and my
22 | OSPs in addition to my base salary.

23 |      21.    Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and
24 | correct.

25 |      Signed on May _5_, 2011, at Fresno, California.

_____
Tom Sailors

**3**
**DECLARATION OF TOM SAILORS**
Case No. CV11-0042 SI (DMR)

## DECLARATION OF ANDREW SCHMOOCK

1. My name is Andrew Schmoock. I am over the age of 18, and I am competent to give this Declaration.

2. I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3. Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4. I am giving this Declaration voluntarily. Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5. I am currently employed at Fastenal Company. My position is General Manager (GM) of the Fastenal Store in Garden Grove, California.

6. I have been a GM in Garden Grove since May 2011. Prior to moving to Garden Grove, I had been the GM at Fastenal's Paramount, California location since November 2006. In my position, I report to Ryan Gale, who is the District Manager.

7. I joined Fastenal in June of 2005 as a full time support employee in the Buena Park, California location. After only a few months of working at the Buena Park store, both the GM and Outside Sales Person (OSP) for that store separated from Fastenal, and I was promoted to GM of the Buena Park store. I was the GM in Buena Park until November 2006 when I helped to open the Paramount store.

8. At the Paramount store, I supervised one full-time OSP and one part-time support employee. In Garden Grove, I supervise one full-time account specialist and two part-time support employees.

9. Throughout the past 6 years, my primary job duties have consisted of a combination of performing outside sales and managing my employees and the operations of my store. Although every day is unique, I have always generally spent at least 50% of my working time each week outside the store making deliveries and outside sales calls. I am typically outside of the store making deliveries and sales calls 3-4 days per week. I spend the remainder of my time on managerial tasks that require a high degree of discretion and autonomy.

10.     Of the time I spend performing outside sales activities, I spend the large majority of my time actually going out into the field and making sales calls on existing customers or calling on new customers. I spend some of my outside sales-related time following up on my in-person sales calls by communicating with my customers via phone or email to complete orders or answer questions related to my sales calls.

11.     Because one of my main job duties is to grow my store's sales, I am constantly thinking about selling and what I can do to increase the store's sales. For example, in the middle of the month, I create a list of our existing customers that have not yet bought supplies from us that month and then strategize regarding how to get them to make a purchase in that month.

12.     I consider myself the "quarterback" of the store. Therefore, one of my responsibilities is to delegate tasks and assignments to my employees. Some tasks I delegate to my employees on a regular basis include performing inventory counts on all items under $50.00 to make sure that the inventory on our shelves matches what is in the computer, putting away stock, facing merchandise, updating displays and cleaning the store.

13.     When I was in Paramount, I was responsible for dividing up accounts between my OSP and me. I did not split the territory that our store covered between the OSP and me geographically. Rather, I decided on a case by case basis whether my OSP or I would handle a particular customer. I determined this based on the customer's location, size, buying potential, and our schedules.

14.     Since moving to Garden Grove, I focus even more on outside sales than I did in Paramount, because Garden Grove does not have an OSP. Therefore, although I still have the same responsibilities in regards to managing my employees, in Garden Grove I am essentially solely responsible for growing the store's business. I do this through spending time supporting my Account Specialist with our largest account, working with one of my part-time employees to service our other large account through our on-site inventory management program, and making sales calls to my other customers and potential customers directly. Based on this, although I spent about 50% of my work time in Paramount on outside sales calls, I spend even more time on outside sales calls since transferring to Garden Grove.

15.    I constantly try to find new customers for the store. I do this by making sales calls and informing customers of the value Fastenal brings to their business in terms of service and programs we have to offer. If a customer is interested in a product that is not stocked in our store or the Fastenal distribution center, I research outside vendors and purchase the item directly from the vendor. For certain products that are constantly in demand, I often go to a few different vendors and compare prices before deciding which vendor to buy from. I can make decisions regarding which vendors to purchase products from using my own judgment and discretion. I also make decisions regarding what prices to sell products at, based on what I think is best for the business.

16.    I consider it my job to make sure that everyone at my store is doing what they are supposed to be doing to maintain and grow the store. I help guide my employees and mentor them by training them on a daily basis. For example, when I was in Paramount, I would go with my OSP on joint sales calls. I now work with one of my part-time employees and my account specialist to train them on how to provide excellent service while looking for opportunities to grow the amount of business we do with our larger customers. As a GM, in both Paramount and Garden Grove, I have always been responsible for teaching all of my employees how to use the computer system, coaching them on proper techniques for dealing with customers, and helping them find ways to help the store to meet its sales goals.

17.    I believe that Fastenal has given me the opportunity to run both the Paramount and Garden Grove branches as if they were my own business. Fastenal operates on a decentralized business model, which provides me with free reign to manage the store in a way that I believe will most effectively grow sales in the area and keep my employees happy. I have the freedom to take unique approaches to running the store and am able to execute the operations of the store in any manner I see fit, as long as I meet or exceed the company expectations laid out for me and my business unit.

18.    Although each day has a similar structure, there are always issues that come up that impact how I spend my time. For example, a lot of my customers have very time-sensitive needs, and if an issue arises for one of them, I will have to immediately stop what I am doing and address

Case No. CV 11-0042 YGR

DECLARATION OF ANDREW SCHMOOCK

1  their need, which generally involves locating a product either from Fastenal's products or a vendor,

2  determining where to purchase the product from, and determining the price to charge for the

3  product.

4       19.    New store employees are interviewed by both my District Manager, Ryan Gale, and

5  me. Before making a hiring decision, Mr. Gale and I will discuss which candidates will be the best

6  fit for the store. Mr. Gale listens to my recommendations.

7       20.    If an employee at my store needed to be terminated, I would discuss the situation

8  with Mr. Gale and we would decide what steps to take together.

9       21.    Since 2008, my base salary has been $42,000, plus commissions. Prior to 2008, I

10  earned approximately $38,400, plus commissions. Since 2007, I have averaged about $10,000-

11  $12,000 a year on commissions.

12       22.    As GM, I understand that it is my duty to enforce Fastenal's meal and rest period

13  requirements. I ensure that my employees take a thirty minute meal period before their fifth hour

14  of work and a ten minute rest break every four consecutive hours of work. I take my meal breaks

15  every day around 12:00 p.m. or whenever I can fit them in to the schedule of the day. I usually

16  take my meal breaks at the office, but I understand that I am permitted to take my breaks in any

17  location I choose.

18       Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and

19  correct.

20       Signed on June 6, 2012, at Garden Grove, California

21

22                           _Andrew Schmoock_

23                              Andrew Schmoock

24

25  10187106.1 (OGLETREE)

26

27

28

4

DECLARATION OF ANDREW SCHMOOCK

**DECLARATION OF JASON WARD**

1.      My name is Jason Ward.  I am over the age of 18, and I am competent to give this Declaration.

2.      I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.      Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.      I am giving this Declaration voluntarily.  Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5.      I am currently employed at Fastenal Company.  My position is General Manager (GM) of the Fastenal Store in Madera, California.

6.      I have been a GM with Fastenal for over six years.  In my position, I report to Joe Pechota, who is the District Manager (DM).  Before moving to the GM position at the Madera branch, I was GM of the Fresno branch.

7.      Before becoming a GM, I worked for Fastenal as an assistant general manager in Madera.  As assistant general manager, my primary duty was outside sales and I spent 80 percent of my time making sales calls.

8.      I have attended the Fastenal School of Business (FSB), and have taken courses including sales training and a three-week manager course covering management, personnel, daily operations and product knowledge.  The FSB courses have definitely helped me grow the business at my branch.  Business has grown 100 percent since I took over the Madera branch and I credit much of that growth to the skills I acquired through the FSB training.

9.      My branch is in the top five in California in sales volume, with sales averaging $225,000 to $250,000 per month.  My branch is without question in a growth phase.

10.     As GM of the Madera branch I manage three full-time employees, consisting of two outside salespersons (OSPs) and a key account manager.  I also manage two part-time employees, one who is responsible for supporting inside sales and the other who deals with the local key account.

1    11.    Managing the Madera branch is quite different from when I was the GM in Fresno,
2  because in Fresno I only had one other employee, because sales volume was nearly a tenth what it
3  is in Madera.  When I was GM in Fresno, I spent 90 percent of my time making outside sales calls.

4    12.    Our customer base for the Madera branch includes agriculture/viticulture and
5  industrial/machinery.  Our key client is the West Coast division of a large company that
6  manufactures cooling units for large buildings.  For this key client, we offer products on an
7  exclusive special order basis.  Doing so as led to increasing business and new opportunities daily.  I
8  am the main point of contact for sales and logistics for this key customer, and I attend weekly
9  meetings at the customer's location to meet with their supply chain manager.  I also sit in on
10  production meetings each week with the customer.

11    13.    I consider my primary duty at the Madera branch to be sales personnel management.
12  This is a multifaceted role, which requires me to do any and all tasks to make sure that all of my
13  employees are successful in meeting their sales goals, which in turn results in the branch meeting
14  its sales marks.  I accomplish the goal of making my team successful in a variety of ways,
15  including informal training of sales employees, going out on initial cold calls with my OSPs, and
16  conducting weekly meetings to go over current sales numbers and discuss what needs to be done to
17  meet sales goals.  I find the team approach works best and to that end I will focus on a particular
18  customer on a team basis to see how we can all contribute to increasing sales.

19    14.    As part of my management of my personnel, I train and mentor the OSPs on a daily
20  and continuous basis.  I also arrange for vendors to come into the branch to provide training on
21  their products and to go on sales calls to provide training to my employees.

22    15.    On a daily basis, I am responsible for setting the schedules of all my employees and
23  managing staffing coverage so that branch customers' needs can be met each day and to ensure that
24  there is staffing to cover inside sales during the hours the branch is open between 7:00 a.m. and
25  5:00 p.m.  Each day I oversee the orders generated by my OSPs as well as the sales opportunities
26  they are generating.

27    16.    As GM, I am ultimately responsible for collections on accounts.  As part of my
28  personnel management responsibilities, I have delegated this activity to my part-time support

1  employee.

2      17.    I am responsible for evaluating my employees' performance. I have taken it upon

3  myself to also do this on an informal basis by giving monthly evaluations to each employee during

4  which I address goals achieved and point out missed opportunities as a means of constructive

5  guidance in improving sales goals. I identify performance goals and assign tasks to my employees.

6      18.    I also participate in hiring decisions. For open positions, I get a list of names and I

7  can choose who to bring in for interviews. I weed out candidates and determine who will go on to

8  a second interview with the DM. If a third interview is necessary, I meet with my DM and we

9  make a decision together.

10     19.    I regularly spend 60 percent, and sometimes more, of my work time carrying out my

11 duties managing my staff, making this duty definitively my primary job duty. The remainder of

12 my work time is spent on business development, creating and implementing strategic marketing

13 and sales initiatives, and my own outside sales activities. My outside sales activities take up about

14 30-40% percent of my work time, a large percentage of which is the time that I spend onsite at my

15 key account, the cooling unit manufacturer.

16     20.    Fastenal uses a decentralized decision-making structure which means I have the

17 discretion to run the branch and manage my sales personnel as I see fit. The way I am expected to,

18 and do, run the branch, is very similar to running a small business. Fastenal expects me to be "in

19 charge" of the branch. My DM does not observe or supervise my day-to-day operations of the

20 branch. I believe that the autonomy and authority Fastenal has given me in running the branch

21 have been key components to my making the branch successful. For example, sales at the branch

22 are obtained in large part due to the individual relationships that I have established, along with my

23 sales team, with our customers.

24     21.    I have also taken a number of steps to improve the efficiency and effectiveness of

25 the store. For example, on my recommendation, I gained an additional 5,000 square feet of store

26 space for my store. I have also grown the branch by taking steps to focus on and build customer

27 relations. There were some customer relations issues when I came on board at Madera and I

28 decided to participate in things like weekend golf games to build rapport with customers and repair

1  relationships. No one at Fastenal dictated that I do this nor did I need to seek any approval for

2  these activities. Over the years I have continued to find ways to enhance the Fastenal name by

3  identifying and participating in community activities and performing community service, because I

4  believe this is an important way to build customer relations.

5      22.      Another marketing tool I have chosen to implement, with success, at the Madera

6  branch is the Fastenal Bounty Hunter program through which a GM can locally carry out

7  promotions on particular vendor products. Providing I have qualified by being at the top of my

8  branch's "score card," Fastenal gives me a budget for a one-day event and lets me run with a

9  concept of my own choosing. I recently set up a tool vendor event for which I set a sales goal of

10 $6,000 and ended up making $12,000. I targeted the particular vendor at my discretion and I did

11 not have to get any approval for the event.

12     23.      As GM, Fastenal also gives me the autonomy and discretion to purchase products

13 for customers that are not standard products. I have the ability to source product, make a part

14 number and sell it through Fastenal. The company leaves it up to me to present any ideas I want to

15 customers or prospective customers. On local accounts, I have discretion to set pricing.

16     24.      Every day is different and I alone set my work schedule each day and this depends

17 on what the customer and employee needs are on a given day. Because I have complete control

18 over my schedule, I am free to take meal and rest breaks throughout the day and no one at Fastenal

19 has ever told me not to take breaks or has prevented me from taking breaks. In my capacity as

20 GM, I stress to employees that they must take their breaks; I schedule those staff breaks and

21 arrange coverage for them.

22     25.      As a GM, I have always earned more than $2,773.33 and greater than $455 per

23 week, including both my base salary and commission payments. I am eligible for commissions

24 based on the sales volume and profit margins for my branch. I recognize that my commission goes

25 up, or down, based on my performance and that of the branch. I receive my pay statements by mail

26 and review them when I receive them. My pay statements are easy to read and have accurately

27 recorded all my earnings. I believe I have received all compensation owed me by Fastenal.

28

1  Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and

2  correct.

3  Signed on June 5, 2012, at Madera, California.

4

5

6                                                      Jason Ward

7

8  10889710.1 (OGLETREE)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF TERRY WATTS

1.     My name is Terry Watts. I am over the age of 18, and I am competent to give this Declaration.

2.     I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.     Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.     I am giving this Declaration voluntarily. Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5.     I am currently employed at Fastenal Company. My position is General Manager (GM) of the Fastenal Store in Fresno, California.

6.     I have been a GM since March 2009. In my position, I report to Joe Pechota, who is the District Manager.

7.     I originally began working for Fastenal in 1997. I worked for the Company until January 2007, when I left to pursue another opportunity. I returned to work with Fastenal in December 2007 as a key accounts representative. I became a GM in March 2009. I worked in Madera, California when I was a key accounts representative, and have been in Fresno since I became a GM in March 2009.

8.     My Fresno store is a medium store, averaging $75,000-$100,000 in monthly sales.

9.     I am completely in charge of my store. It has been made clear to me throughout my career with Fastenal that the GM is the person ultimately responsible for the operation of the store and for the store's performance. I look at the store as if it was my own business, and run it in that manner. I take pride in my store and I am responsible for its success and the success of my employees. I make all of the decisions relating to the daily operations of my store, using my own independent judgment and discretion. I make decisions regarding employee schedules, employee task assignments, store expenditures and purchases, and the overall store sales strategy.

10.    As the GM, my main responsibilities are to drive the store's sales and manage the store's employees, in order to make sure that the store remains profitable.

1

Case No. CV11-0042 YGR

**DECLARATION OF TERRY WATTS**

1
2
3
4
5
6
7
8

11.   In addition to myself, there are two full-time Outside Sales Persons (OSPs) and one part-time support person employed at my store.

12.   I manage each of the employees in my store. I set the schedules for all of my employees and direct them in their job duties. I make strategic decisions in relation to the schedule so the OSPs get the maximum use of the trucks and the most time possible with the customers. I assign specific tasks to my part-time employee and monitor the work to ensure that it gets completed. I also direct my OSPs as to how they should do their work to maximize sales for the store.

9
10
11
12
13
14

13.   I spend at least 50% of my work time managing my employees. I do this not only through setting schedules and assigning tasks, but also by providing guidance to all of my employees. I regularly meet with my OSPs to discuss sales strategy and communicate informally with them on a continuous basis to answer their questions or offer feedback. I also am continuously monitoring and mentoring my part-time employee, so that he can develop and grow within the company.

15
16
17
18
19

14.   I am responsible for evaluating the performance of my employees. I do this formally on an annual basis and continuously on an informal basis by providing them with feedback. If necessary, I have authority to counsel and discipline my employees. I can also recommend hiring and firing decisions regarding employees. Although my District Manager approves all hiring and firing decisions, my recommendations have always been followed.

20
21
22
23
24
25

15.   As a GM, I set my own schedule. I really appreciate the flexibility that Fastenal provides us in relation to this. I determine how many and what hours I want to work as long as the store is open certain hours. I also independently determine what tasks I perform during the day and how I spend my work hours. Every day is different. Sometimes I spend more time on the road and sometimes more time in the store. It depends on where my customers are located and whether they prefer to come into the store or not.

26
27
28

16.   When I am not managing my employees, I am engaged in outside sales activities. During this time I visit the store's most important customers in order to discuss new sales, negotiate terms of potential orders, negotiate contracts, and get customers to sign orders. In

1   addition to this time that I spend at customer locations making outside sales calls, I also spend

2   additional time on activities incidental but essential to completing my outside sales, such as

3   sourcing product, placing orders, and otherwise making sure that orders get filled and properly

4   delivered to the customer. I can choose to do whatever tasks I think will be best to help drive the

5   store's sales. I spend 30-40% of my time on outside sales-related activities.

6          17.    I spend very little of my time performing administrative or routine tasks related to

7   the functioning of the store. Instead, I delegate most of those tasks to my employees, mainly my

8   part-time employee, so that I can focus on sales-related activities, strategic planning, and managing

9   my employees. For example, I delegate the cash counting, cycle counting, and inventory duties to

10  my part-time employee. I have strong delegation skills because of my prior experience working as

11  a distribution manager for Fastenal where I managed 50 employees. My experience in that role

12  taught me the importance of delegation and how to delegate adapting my communications skills to

13  meet the needs of different employees.

14         18.    Because Fastenal is a sales-driven company, and sales are key to the success of my

15  store, I use my own independent judgment and discretion all of the time while I am working. I am

16  the person responsible for determining the inventory to carry in my store, and I can carry whatever

17  inventory I determine will best meet the needs of my customers.

18         19.    To meet the needs of my store's clients I have requested specialty products for

19  example, specially plated products or special types of gloves for a customer. I am free to make all

20  of these decisions as I see fit. I've tried to grow my sales through offering products through

21  vending machines and have had some success. I have customers who buy protective gear and first

22  aid supplies through vending machines. I spend time making sure I speak to the right person at the

23  customers at a time that works for them. I also make sure I offer it as often as possible because it

24  really provides the customer with a good discount.

25         20.    I can, and do, also determine what price at which to sell products to customers,

26  based on what I think will make for the best sale for the store. If I know a product is on the market

27  for a lower price, I have the ability to lower the price. I also try to motivate my employees to

28  encourage customers to register online and communicate to their customers about online sales. I

1  have put a sign on my front register so employees remember to do this.

2       21.    I am constantly thinking and making decisions regarding how to improve the store's

3  relationships with its customers. Everyday I have to solve problems for clients in relation to

4  deliveries being made because they need to product urgently or sooner than anticipated. This

5  involves working with the customer and using my judgment to ensure the delivery is made in the

6  quickest way possible for the customer at a reasonable expense to Fastenal.

7       22.    Because I have complete control over my schedule, I am free to take rest and lunch

8  breaks throughout the day if and when I want to. If I ever choose not to take a meal or rest break,

9  or work during my meal break, it is completely my choice. No one has ever told me not to take a

10  meal or rest break or prevented me from taking a meal or rest break.

11       23.    As a GM, I have always been paid a base salary that exceeds $455 per week. I am

12  also eligible to receive bonuses or commissions based on the sales volume of my store and my

13  OSPs in addition to my base salary.

14       24.    Under 28 U.S.C. § 1746. I declare under penalty of perjury that the above is true and

15  correct.

16       Signed on May 30, 2012. at Fresno, California.

17

18                                    _Terry Watts_

19                                    Terry Watts

20

21  10262423.1 (OGLETREE)

22

23

24

25

26

27

28

# DECLARATION OF DANIEL WHITLOCK

1.     My name is Daniel Whitlock. I am over the age of 18, and I am competent to give this Declaration.

2.     I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct.

3.     Before I signed my Declaration, I had the opportunity to review it, I did so, and I made any changes to the Declaration that I wanted to make.

4.     I am giving this Declaration voluntarily. Also, I understand and agree that Fastenal Company may use my Declaration in defending the Deane lawsuit.

5.     I am currently employed at Fastenal Company. My position is General Manager (GM) of the Fastenal Store in Red Bluff, California.

6.     I have been employed by Fastenal for about nine years. I worked as an Assistant General Manager/Outside Sales Person for about 2.5 years, and I was then promoted to the GM position, becoming GM of the store in Lodi, California. In October 2011, I transferred from the Lodi store to my current store in Red Bluff. When I was in Lodi, I reported to John Schultz, who was my District Manager (DM). Now I report to Jeremy McClean, who is my current DM.

7.     As a GM, my primary job duty is to run the business of my store as I see fit, using my independent judgment and discretion. Although Fastenal does have some very general guidelines to provide advice and guidance to employees on how to be successful, GMs are given a lot of discretion to run their stores as they deem appropriate. For example, I have never seen nor heard of any standard operating procedures or specific policies that I need to follow in making and executing decisions regarding how my store should be operated.

8.     Both of my DMs have always given me a lot of freedom to operate my stores. They are the opposite of micromanagers when it comes to how they interact with me. Although they give me advice and provide me with information regarding my store's performance and the company, they do not direct me on how to perform my job. Rather, they have let me perform my job as I determined to be appropriate and only question me when a decision I have made has had negative results for my store.

9.      Because Fastenal is a sales company, a big part of running my store is to successfully maintain and grow the store's sales. Therefore, although I spend time conducting outside sales and managing my store employees and operations, I consider everything I do to be for the purpose of growing the store's sales. For example, when I am managing my employees, I am coaching and training them on how to increase sales, so that activity is, to me, both a management and sales activity.

10.     As the GM, I am responsible for making sure that all of my store's accounts are properly serviced and that we are maximizing sales to each account. However, I also have my own accounts for which I am responsible. Out of the store's 130 or so active accounts, I generally am personally responsible for 30-40 of them.

11.     I am responsible for dividing accounts up among my employees and me. I do not base the division on any single criteria such as geography, but rather make the assignment based on a number of factors, including geography and the size of the account. However, the most important factor I use in determining who to assign an account to is who I think will be the overall best "fit," in my judgment for the customer. I am free to make these account assignments in my own discretion, and do not need my DM's approval to do so.

12.     Although every day at work is different, I generally spend at least 50% of my work time outside the store visiting my existing customers and calling on new potential customers. When I am visiting my customers, I am always engaged in selling, and every interaction I have with a customer is a sales call to me. For example, I would never simply make a delivery to a customer; rather, I would use the delivery as an opportunity to try to make a further sale to my customer or otherwise try to build the relationship between my customer and me.

13.     During the 50% of my work time that I am not out making sales calls at customer sites, I spend about 25-30% of my time following up on my sales calls and sourcing product. Sourcing product includes researching products that my customers need in order to determine where I might be able to purchase them, negotiating the terms of any purchase I make, and communicating with my customer regarding the purchase. I also spend time communicating with my customers regarding questions that have arisen from or relate to my sales calls, and otherwise

**DECLARATION OF DANIEL WHITLOCK**                    Case No. CV11-0042 YGR

1   addressing questions that my customers have.

2       14.    I spend the remaining 20-25% of my work time, which is not spent on outside sales

3   calls or sourcing and supporting my sales, managing my employees and preparing reports

4   regarding the store's performance.

5       15.    When I was a GM in Lodi, I managed two full-time OSPs and one part-time support

6   employee. In Red Bluff, until recently I managed two full-time OSPs and one part-time support

7   employee. However, one of my OSPs recently transferred to another store, so I currently have one

8   OSP and one part-time employee.

9       16.    I have never felt as if my stores were understaffed, or that I could not hire the staff

10  that I needed to service my stores. I have never had a problem getting more staff if I thought I

11  needed it. For example, as one of my OSPs currently transferred, I am trying to determine if the

12  remaining OSP and I can effectively handle the store's customer accounts. If I determine that I

13  need a second OSP to replace the person who transferred, I will be able to get the extra employee.

14  Conversely, if I decide that my one OSP and I can handle the customer base, I will not have to hire

15  a second OSP.

16      17.    I am responsible for all aspects of managing my store's employees, from assigning

17  tasks to providing coaching and training. I do not seek or need my DM's approval in regards to the

18  daily management and oversight of my store's employees. My DM and I do conduct annual

19  performance evaluations together, and my DM must approve all hiring and firing decisions

20  regarding store employees. However, I participate in decisions regarding hiring and firing for my

21  store, including interviewing potential candidates and making recommendations to my DM. I

22  believe that my DM gives my opinion regarding hiring and firing a lot of weight, and I do not think

23  he would ever hire someone who I did not want to hire or require me to keep an employee I

24  thought should be fired.

25      18.    I also delegate and assign work to my employees as the GM. I delegate almost all

26  of the routine store maintenance tasks, such as cleaning the store, stocking shelves, helping walk-in

27  customers, and managing inventory, to my part-time employee. I spend only negligible amounts of

28  time on any of those tasks.

19.    Although on rare occasions my part-time employee or I may call a customer to check on a past due invoice, we generally do not handle collections out of the store. Rather, there is a corporate collections department that generally handles all collections, so that anyone in the store only has to rarely get involved in the process.

20.    Because I have the freedom to run my store based on my judgment, I can make decisions regarding what inventory to carry and what to sell to customers, and I can generally determine pricing of products for sale. Although I would have to be able to justify my decisions if any of them turned out to be unsuccessful, I do not have to get pre-approval from anyone to make decisions regarding inventory and pricing.

21.    Fastenal uses a decentralized decision-making structure which means I have the discretion to run the branch and manage my sales personnel as I see fit. The way I am expected to, and do, run the branch, is very similar to running a small business. Fastenal expects me to be "in charge" of the branch. My DM does not observe or supervise my day-to-day operations of the branch. I believe that the autonomy and authority Fastenal has given me in running the branch have been key components to my making the branch successful.

22.    I am not mandated to work any set hours by Fastenal. I generally work from 7:00 a.m. to 5:00 p.m., because that is when the store is open, but I have the freedom to start earlier or later if I chose to. No one calls me to check on where I am at or what I am doing. I am also free to take meal breaks if I choose to do so, although I do not always choose to do so. No one has ever told me that I could not take a meal or rest break or prevented me from doing so; it is completely my choice.

///

///

///

///

///

///

23.    As a GM, I have always earned more than $455 per week, including both my base salary and commission payments. I am eligible for commissions based on the sales volume and profit margins for my branch. My pay statements are easy to read and have accurately recorded all my earnings. I believe I have received all compensation owed me by Fastenal.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct.

Signed on June _5_, 2012, at Red Bluff, California.

_Daniel Whitlock_

Daniel Whitlock

12508447.1 (OGLETREE)