```
 1  Scott Edward Cole, Esq. (S.B. # 160744)
    Hannah R. Salassi, Esq. (S.B. #230117)
 2  SCOTT COLE & ASSOCIATES, APC
    1970 Broadway, Ninth Floor
 3  Oakland, California 94612
    Telephone: (510) 891-9800
 4  Facsimile: (510) 891-7030
    E-mail: scole@scalaw.com
 5  E-mail: hsalassi@scalaw.com
    Web:    www.scalaw.com
 6

 7  Attorneys for Representative Plaintiffs
    and the Plaintiff Classes
 8

 9  EVAN R. MOSES (CA State Bar No. 198099)
    evan.moses@ogletreedeakins.com
10  ERICA K. ROCUSH (CA State Bar No. 262354)
    erica.rocush@ogletreedeakins.com
11  A. CRAIG CLELAND (Pro Hac Vice)
    craig.cleland@ogletreedeakins.com
12  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
13  Steuart Tower, Suite 1300
    One Market Plaza
14  San Francisco, CA 94105
    Telephone: 415.442.4810
15  Facsimile: 415.442.4870

16
    Attorneys for Defendant
17  FASTENAL COMPANY
```

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV11 00042 YGR<br><br>**CLASS ACTION**<br><br>**JOINT COMPLIANCE HEARING STATEMENT** ; AND ORDER<br><br>Date: May 17, 2013<br>Time: 9:00 a.m.<br>Dept.: Courtroom 5<br>Judge: Hon. Yvonne Gonzalez Rogers |

The parties to the above-captioned action jointly submit this Compliance Hearing Statement.

1.  <u>Notice to the Opt-In Plaintiffs</u>:

Plaintiffs' counsel notified all opt-in plaintiffs of the pending order for decertification, the rights and options remaining to those who opted-in, and giving each an opportunity to make an election regarding whether or not to pursue his/her individual claims. The deadline for response passed on April 29, 2013.

2.  <u>Settlement</u>:

The parties have scheduled mediation on June 13, 2013, with Lynn Frank, Esq. June 13 was the earliest available date for the parties and mediator. As a result, the parties respectfully request the Court continue the Alternative Dispute Resolution deadline, currently set for May 17, 2013, until June 20, 2013. The parties will file a joint statement regarding the outcome of mediation no later than June 15, 2013.

3.  <u>Dismissal Order</u>:

A proposed Order of Dismissal is attached hereto, and has been agreed upon, as to form and substance, by Defendant. Pursuant to the Order of Dismissal, all of the opt-in plaintiffs and their claims will be dismissed without prejudice. The proposed Order of Dismissal proposes continued tolling of the claims of those opt-in plaintiffs whose claims are being dismissed until 45 days from the date of entry of the dismissal order. Upon the entry of the dismissal order, the only plaintiffs remaining in the action will be Michael Romano, Kristopher Deane and Lisa Johnson.

Dated: May 10, 2013

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Hannah Salassi
Scott Cole, Esq.
Hannah Salassi, Esq.
Attorneys for Representative Plaintiffs
and the Plaintiff Class

| | |
|---|---|
| Dated: May 10, 2013 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By: /s/ Erica Rocush<br>A. Craig Cleland<br>Evan R. Moses<br>Erica Rocush<br>Attorneys for Defendant<br>FASTENAL COMPANY |

14982028.1

ORDER

The ADR deadline is hereby continued from May 17, 2013 to June 20, 2013. The parties will file a joint statement regarding the outcome of the mediation no later than June 15, 2013. The compliance hearing scheduled for May 17, 2013 is hereby VACATED.

Dated: May 15, 2013

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers