## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY,<br><br>Defendants. | Case No. CV11 00042 YGR<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER RE DISMISSAL OF OPT-IN PLAINTIFFS** |

In light of the Court's Order Decertifying Collective Action, entered February 25, 2013, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

All the opt-in plaintiffs, as identified in Exhibit A, attached hereto, and their claims, are hereby dismissed, without prejudice.

**IT IS FURTHER ORDERED THAT:**

The statute of limitations on any and all claims subject to dismissal, without prejudice, by virtue of this Order, is tolled for forty-five (45) days after entry of this Order.

1  **Approved as to Form:**

2  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

3

4  Dated: May 10, 2013

5  By: ___*s/Erica Rocush*_____
     A. CRAIG CLELAND
     EVAN R. MOSES
6       ERICA K. ROCUSH
     Attorneys for Defendant Fastenal Company

7

8

9  **IT IS SO ORDERED:**

10

11  Dated: May 15, 2013    By: _____
     **The Honorable Yvonne Gonzalez Rogers**

12

13

14  14982035.1