**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTOPHER DEANE, MICHAEL ROMANO, AND LISA JOHNSON,<br>    Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY,<br>    Defendant. | Case No.: 11-CV-0042 YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE TIMELY JOINT CASE MANAGEMENT STATEMENT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

This matter is currently scheduled for a further case management conference on Wednesday, June 5, 2013. The Local Rules provide that "[u]nless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(c). As of the date of this Order, the parties have not filed a Joint Case Management Statement.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement. A hearing on the Order to Show Cause will be held on **Monday, June 17, 2013, at 2:00 p.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **June 10, 2013**, the parties must file: (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; and (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement.

1    The Case Management Conference set for Wednesday, June 5, 2013, is **CONTINUED** to
2 **Monday, June 17, 2013, at 2:00 p.m**.
3    **IT IS SO ORDERED**.

4 **Date: June 3, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**