UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DEANE and MICHAEL ROMANO, individually, and on behalf of all others similarly situated,, | Case No.: C-11-00042-YGR |
| | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING ORDER TO SHOW CAUSE HEARING** |
| Plaintiffs, | |
| vs. | |
| FASTENAL CO., | |
| Defendant. | |

The Case Management Conference scheduled for June 17, 2013 is hereby **CONTINUED** to July 8, 2013 at 2:00 p.m.  The parties shall file an updated joint case management statement by five (5) business days prior to include their status after mediation.

In addition, the Court has reviewed and considered the parties' Joint Response to Order to Show Cause.  The Court is satisfied with the parties' submission and, accordingly, **VACATES** the Order to Show Cause hearing scheduled for June 17, 2013.  No further action will be taken with respect to that Order.

**IT IS SO ORDERED.**

Dated: June 11, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**