UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DEANE, MICHAEL ROMANO, AND LISA JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY,<br><br>Defendant. | Case No.: 11-CV-0042 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDERING FILING OF JOINT MOTION FOR SETTLEMENT APPROVAL** |

The Court hereby **VACATES** the Case Management Conference scheduled for August 19, 2013. The parties are hereby **ORDERED** to file their joint motion for settlement approval within sixty (60) days of the date of this order.

The Court declines to vacate the trial date and pre-trial deadlines at this juncture.

**IT IS SO ORDERED**.

Dated: August 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**