# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DEANE, MICHAEL ROMANO, AND LISA JOHNSON,<br>  Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY,<br>  Defendant. | Case No.:  11-CV-42<br><br>**ORDER ENTERING TENTATIVE RULING ON MOTION FOR SETTLEMENT APPROVAL AND JUDGMENT AS ORDER OF COURT** |

Pursuant to the parties' stipulation, the Court's Tentative Ruling Denying Without Prejudice Motion for Settlement Approval and Judgment, Dkt. No. 139, shall be the Order of the Court. Accordingly, for the reasons set forth therein, the Motion for Settlement Approval and Judgment, Dkt. No. 138, is **DENIED** Without Prejudice.

The parties will submit a renewed Joint Motion for Settlement Approval and Judgment on or before November 26, 2013

The Court will set a hearing date on the motion as necessary upon review of the revised submission.

This Order Terminates Docket Number 139.

**IT IS SO ORDERED.**

Date: November 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**