UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER DEANE, MICHAEL ROMANO, AND LISA JOHNSON,<br>　　　　Plaintiffs,<br><br>vs.<br><br>FASTENAL COMPANY,<br>　　　　Defendant. | **Case No.: 11-CV-0042 YGR**<br><br>**ORDER GRANTING RENEWED MOTION FOR APPROVAL OF SETTLEMENT AND JUDGMENT OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiffs Kristopher Deane, Michael Romano, and Lisa Johnson ("Plaintiffs") and defendant Fastenal Company ("Defendant" or "Fastenal") have filed a Renewed Motion for Settlement Approval and Judgment approving the parties' settlement of Plaintiffs' federal under the Fair Labor Standards Act ("FLSA") and California Labor Code claims.  (Dkt. No. 144.)

　　　Having carefully considered the papers submitted and the pleadings in this action, and for the reasons set forth below, the Court hereby **GRANTS** the Motion.[1]

　　　Based upon the evidence submitted, including the parties' settlement agreement and explanations of how that settlement was reached, the Court finds that the settlement is a fair, adequate, and reasonable compromise of a bona fide dispute of the Plaintiffs' FLSA and Labor Code claims.  *See Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor,* 679 F.2d 350, 1354-55

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument.  Accordingly, the Court **VACATES** the hearing set for **January 7, 2014**.

(11th Cir. 1982); *McKeen-Chaplin v. Franklin Am. Mortgage Co.*, C 10-5243 SBA, 2012 WL 6629608 at *2 n.3 (N.D. Cal. Dec. 19, 2012) (collecting cases).

Accordingly, the motion is **GRANTED**.

Under Rules 54 and 58 of the Federal Rules of Civil Procedure, **JUDGMENT IS HEREBY ENTERED** in accordance with the terms of the parties' settlement agreement. This action is Dismissed in its entirety with prejudice and Plaintiffs are barred and enjoined from asserting any claims released by the settlement in any court or other forum.

This terminates Docket No. 144.

**IT IS SO ORDERED.**

January 2, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**